RECEIVED
JAN 15 2020
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Monty P. Milbourne,
  Petitioner

v.  Civ. No. 20-0012 (NLH)

Richard Smith,
  Respondent

Judge Noel L. Hillman, U.S.D.J

Today January 10, 2020, I received notice by the Clerk, of the United States District Court that on January 8, 2020, Petitioner, was granted to proceed In Forma Pauperis in 28 U.S.C § 2241, Milbourne v. Smith, No. 20-0012 (D.N.J Filed Jan. 2, 2020) ECF No. 1, Signed by you Judge Hillman. Thank you very much Judge Hillman.

Respectfully,
Monty P. Milbourne
Cumberland County Jail

# COMPLAINT - SUMMONS (DEFENDANT'S COPY)

**COMPLAINT NUMBER**

| 0601 | S | 2019 | 002018 |
|---|---|---|---|
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

BRIDGETON JOINT MUNICIPAL COURT
330 FAYETTE ST
BRIDGETON    NJ    08302-0000
856-451-7565    COUNTY OF: CUMBERLAND

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 1 | | |

COMPLAINANT
NAME: MONTY MILBOURNE

*THE STATE OF NEW JERSEY*
*VS.*
SHERRIF PALMA
ADDRESS: 60 WEST BROAD STREET
BRIDGETON    NJ    08302-0000

DEFENDANT INFORMATION
SEX:    EYE COLOR:    DOB:    DL STATE:
DRIVER'S LIC. #
SOCIAL SECURITY #:    SBI #:
TELEPHONE #:    ( )
LIVESCAN PCN #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 11/14/2019 in BRIDGETON CITY, CUMBERLAND County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, DID COMMIT THE FOLLOWING OFFENSE: "ON THIS SAID DATE 11/14/19 THURSDAY MORNING AT THE CUMBERLAND COUNTY COURT HOUSE AFTER COMING OFF THE ELEVATOR FROM COURT, SHERIFF PALMA EXCESSIVELY WITH FORCE UNNECESSARY GRABBED ME WHILE DOUBLE HANDCUFFED AND SHACKLES ON MY ANKLES AND PROCEEDED TO VIOLENTLY MOVE ME TO THE HOLDING AREA OPENED THE DOOR AND AGGRESSIVELY WITH FORCE THREW ME TO THE GROUND INJURING MY NECK AND BACK IN WHERE I HAD TO GO TO HOSPITAL. CAMERA'S WILL VERIFY THIS. THE DEFENDANT IS A SHERRIFS OFFICER AT THE CUMBERLAND COUNTY COURTHOUSE, 60 W. BROAD ST". LOCATION: CUMBERLAND COUNTY COURT HOUSE, HOLDING AREA/BULLPEN, OFFENSE: 2C:12-1A(1).

**RECEIVED**
**JAN 15 2020**
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

in violation of:

| Original Charge | 1) 2C:12-1A(1) | 2) | 3) |
|---|---|---|---|
| Amended Charge | | | |

CERTIFICATION  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.
Signed: [signature]    Date: 12/10/19

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF SUMMONS

☐ Probable cause IS NOT found for the issuance of this complaint:

_____    _____    _____    _____
Signature of Court Administrator or Deputy Court Administrator    Date    Signature of Judge    Date

☐ Probable cause IS found for the issuance of this complaint-summons:

_____    _____
Signature of Judge    Date

**SUMMONS**
YOU ARE HEREBY **SUMMONED** to appear before the Municipal Court    in the county of: CUMBERLAND
at the following address: BRIDGETON JOINT MUNICIPAL COURT
330 FAYETTE ST    BRIDGETON    NJ 08302-0000

If you fail to appear on the date and at the time stated below, a warrant may be issued for your arrest.

Date of Arrest:    Appearance Date: 12/02/2019    Time: 01:00PM    Phone: 856-451-7565

Signature of Person Issuing Summons:    Date:

☐ Domestic Violence – Confidential    ☐ Related Traffic Tickets or Other Complaints    ☐ Serious Personal Injury/ Death Involved

**Special conditions of release:**
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

COMPLAINT - SUMMONS (DEFENDANT'S COPY)

Page 3 of 7    NJ/CDR1 1/1/2017

January 10, 2020

Judge Noel L. Hillman,
U.S.D.J.

Judge Hillman,

On November 14, 2019, I went to Court at the Cumberland County Courthouse 60 West Broad Street in Bridgeton N.J. 08302. I appeared in Room #324 in front of Judge D'Arrigo. My Counsel who had prior told me that Judge D'Arrigo was paying him just to appear in Court with me and make sure I sign Trial Papers to be Found Guilty, was in Court that day. When I was brought back downstairs through elevator, I told Sheriff Palma, Sheriff, of the Cumberland County Court House, 60 West Broad Street Bridgeton, N.J. 08302, that I would like to go back to the Jail, because this Lawyer is being paid by this Partial Judge that has held me for 2 years on an Invalid, Void, Not Filed, No True Bill Indictment Accusation. Sheriff Palma, Palma told me, "You are going upstairs." And I said, I just want to go back to the Jail. Sheriff Palma ruled me out of the Chair I was sitting in, while I was Double Handcuffed and Both Legs Shackled Dragged me to the Holding Cell opened the Door, and Forcefully threw me to the Floor Hard. I, being Handcuffed, Could NOT Brace my Fall. I was Hurt Bad in my Lower Back, Tailbone, Hip, and Neck. This was on Camera, and I was seen by 4 witnesses that saw this. Inspira Hospital from Vineland N.J. came and put me on the Gurney and took me to the Hospital where I stayed for about 4 hours taking Cat Scans

Vitals, and IV, and asked questions. I still could not walk to put pressure on my back and hip so I was put in a wheelchair and taken back to the Cumberland County Jail. When I got there, still in excruciating pain in a wheelchair and not being able to walk, I was for some reason medically cleared by a doctor who wasn't even at the jail. This was around 5:00 PM Thursday, 11/14/19. The neck brace that was given to me by the hospital was taken from me, and instead of keeping me on the medical unit, I was taken to B-Pod, Room #2019 in the wheelchair (Cameras) will show this. I was wheeled to Room #2019, and was told to get up. I couldn't! So they started to pull on me to get me up and I screamed in pain. They stood me up, I fell back in wheelchair in pain. The officers picked me up and instead of them putting me on the bunk, they put me on the floor! Camera show this. I stayed on the floor in pain for 25 hours! Officers called the nurse several times 11/15/19, Friday, they came and laughed at me with officers. I showed where I urinated and defecated on myself, and they smelled it and still left me on the floor without taking me to medical for monitoring or back to hospital, or even help me on the bunk. From 5:30 PM Thursday up until 6:45 PM I was on the floor in Cell #2019 in excruciating pain and the camera saw it. At about 6:45 PM after moving out of the the door on my back so the camera could fully see me so someone could help me or take me off the floor to medical or to the hospital, out in the opening I layed on my back with officers laughing at me. At this time officers Luciano, Anderson, Andujar, Torres, and Sgt. Hines, by orders from Lt. Martinez, forcefully with excessive force moved me upside down (pick me up upside down) pulled on me and took me by force and handcuffed me, maced me, then threw me in the Cell #2019 with handcuffs still on me with mace in my face shutting the door. (Camera shows this) I was left in my room for about 5 minutes before they took handcuffs off, and mace.

(margin notes: Friday; Sgt. Hines)

I was in agonizing excruciating pain. Officer Carter and Gidden were nice enough to pick me up to put me on the bunk as I screamed in pain. Was never taken to medical or to the hospital at all, and still was being Cleve B, Dr Diaz when I was in excruciating pain. (In Conspiracy to cover them for moving me with a back injury.) I was given false threatening charges, and was given 45 days lockup! (In room 2019) I layed in my bunk not being able to move (they kept me in B-POD #2019, medical nor custody did nothing for me even though I wrote 62 requests, and 54 medical requests!), I urined in my bed, defecated on myself, couldn't wash my body, threw up blood, defecated blood. Medical knew this because if you look at the camera from 11/14/19 all the way up to now January 10, 2020, everyday, nurses come inside my room in the morning and night to give me Tylenol. The Warden and Deputy Warden and Medical never put me on a medical unit purposely! The Deputy Warden Charles Warren knows officers has threaten to, kill me, shoot me, punch me in the face, harm me, wrote false charges on me, assault me, and still, after I said I'm afraid for my life and safety that the officers and supervisors is going to kill me or harm me he still keep me here without transferring me. Maliciously, he is not letting me out of my room! He ordered that I'm not allowed to come out of my room for nothing. (I can't use the phone, take a shower, law library, get visits etc. etc.) He has taken my mail, read my mail, and has been givin me Styrofoam trays (Someone told me don't eat it, someone, an officer spit in it.) The Deputy Warden has locked me in a room without cause violating my 8th Amendment Rights of Cruel and Unusual Punishment and 14th Amendment Due Process. Officers is even saying this. I'm afraid for my life. I'm afraid they are going to kill me here at the Cumberland County Jail. Please can you help me to be transferred?

Thank you, Monty P M—

#46305
Monty P. Milbourne
B-POD #2019

Note: Everywhere I go I'm in a wheelchair 11/14/19, 11/15/19

Monty P. Milbourne
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302

SOUTH JERSEY NJ 080
13 JAN 2020 PM 7 L

Court Clerk of
United States District Court
P.O. Box 2797
Camden, N.J. 08101

RECEIVED
JAN 15 2020
AT 8:30
WILLIAM T. WALSH
CLERK

"Legal"
Mail

08101-279797