

# OFFICE OF THE COUNTY PROSECUTOR
## JENNIFER WEBB-MCRAE
### CUMBERLAND COUNTY PROSECUTOR

**Harold B. Shapiro**  
First Assistant Prosecutor

**Richard E. Necelis**  
Chief of Investigators

**115 Vine Street**  
**Bridgeton, New Jersey 08302**  
**Telephone (856)453-0486**  
**Fax (856)451-1507**

January 30, 2020

Judge Noel L. Hillman  
United States District Judge for the District of New Jersey  
Mitchell H. Cohen Building & U.S. Courthouse  
4th & Cooper Streets  
Camden, NJ 08101

Re: Monty P. Milbourne v. Richard Smith  
    Civ. No. 20-0012(NLH)

To the Chambers of Judge Noel L. Hillman:

Enclosed please find the charging documentation relating to the matter of State of New Jersey v. Monty P. Milbourne, Case Number 17002534, and Indictment Numbers 18-01-00099 and 18-12-01117, as this Court directed the Respondent to provide in this matter pursuant to its order dated January 24, 2020. Both Indictments as well as the relevant corresponding Complaint-Warrants have been filed with this Court via the Official Court Electronic Document Filing System (CM/ECF) on January 30, 2020.

If there is anything further that is needed in this matter, please contact me at 856-453-0486, extension 23275.

Sincerely,

Stephen C. Sayer [114352015]  
Assistant Prosecutor

Encs.