#46305
Monty P. Millbourne
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302

United States District Court, Clerk
P.O. Box 2797
Camden, N.J. 08101

RECEIVED
FEB - 3 2020
AT 8:30 ___M
WILLIAM T. WALSH
CLERK

Judge Noel L. Hillman U.S.D.J.

At this time I would very much like to thank you kindly for Having my Habeas Corpus under 28 U.S.C. § 2241 Filed. Today on January 28, 2020, I Received your Correspondence showing that the Cumberland County Prosecutor Has 4 Days to Have the Filing Documents of Case No: 17002534, and Accusations, 18-01-00099 and 18-12-01117, By your Order Judge Hillman. Again, Thank you. I Didn't Send my Charging Documents Because Prior or Previously I Had written over them. But I will in this Correspondance send it to you. Also in Another following Letter I will send Other Documents Letters, and Other Correspondences.

Judge Hillman, on January 22, 2020, I Received Correspondences Also From you Concerning my Treatment of the County Jail Towards me Maliciously. Judge, you Sent this out (or Clerk) January 15, 2020. I never Got It Until a week later with 2 out of the 3 Documents Missing!? The Jail Has Been Reading, Taking, and Destroying my mail Prior To this.

Monty P. Millbourne

It was never docketed in Court

SUPERIOR COURT
CUMBERLAND COUNTY
JAN 3 1 2018
RECEIVED NOT FILED
CRIMINAL DIVISION

17002534
W-2017-000158-0609
W-2017-001912-0610

Prosecutor tried to make it appear like the 2 charges was together or in contemporary. This is why it wasn't filed.

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION (CRIMINAL)
CUMBERLAND COUNTY

18-01-00099-I/A
Void

Never filed in Cumberland Court on this date

STATE OF NEW JERSEY ) Indictment Number

v. ) Term July 2017 Session November 2017

[redacted] MILBOURNE ) INDICTMENT

Session was over — Term session expired

)

**THE GRAND JURORS, of the State of New Jersey, for the County of Cumberland, upon their oaths, present that:**

Second indictment accusation said eluding

**COUNT ONE**

Resisting Arrest - Second Degree

[redacted] MILBOURNE

The Grand Jury never raised this charge to a second degree because it was never indicted or filed

On or about the 4th day of November, 2017, in the Township of Maurice River, in the County of Cumberland, aforesaid, and within the jurisdiction of this Court, did, while operating a motor vehicle on a street or highway of this State, knowingly flee or attempt to elude members of the New Jersey State Police after having received a signal from said officer(s) to bring the vehicle to a full stop and said flight or attempt to elude created a risk of death or injury to the public servant or another, contrary to the provisions of N.J.S.A. 2C:29-2b, and against the peace of this State, the Government and dignity of the same.

About a lot — True Bill

Who approved this?

My Due Process Rights have been violated, Constitutional

Endorsed: JENNIFER WEBB-MCRAE
CUMBERLAND COUNTY PROSECUTOR

No True Bill Sent

[signature]
Foreperson

By: [signature]
Assistant County Prosecutor

The discovery — That's why

Improperly filed / It's a counterfeit indictment based on the face, fraud

Case incompletion

I've Been Held By The State Unconstitutionally
In Probably The only Person In The State Still Held
Been Released on Bail Reform

THE NEW CHARGES WAS NOT ON OR UNDER THIS CASE #

17002534

I NEVER WAS THE DRIVER, NOR DID I EVER HAVE DRUGS IN MY POSSESSION WAS, NEVER IN MAURICE RIVER. THE PROSECUTOR HAS PUT 3 MORE FALSE CHARGE NOT EVEN UNDER CASE NO: THIS IS MALICIOUS AND IS FRAUD AND BARRED PROSECUTION AND STATUTE OF LIMITATION TO CHARGE UNDER BAIL REFORM 2017 CJRA

SUPERIOR COURT CUMBERLAND COUNTY FILED DEC 19 2018 CRIMINAL DIVISION

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION (CRIMINAL)**
**CUMBERLAND COUNTY** 18-12-01117-I/A

**STATE OF NEW JERSEY** ) **Indictment Number**

) Term: July 2018 Session: [illegible]

**v.**

[redacted] **MILBOURNE** ) SESSION WAS OVER → **INDICTMENT** → SESSION WAS OVER

GRAND JURY ↗

)

[illegible], of the State of New Jersey, for the County of Cumberland,
**upon their oaths, present that:**

## COUNT ONE

**Eluding - Second Degree**

[redacted] **MILBOURNE**

→ on or about the 4th day of November, 2017, in the Township of Maurice River, in the County of Cumberland, aforesaid, and within the jurisdiction of this Court, did, while operating a motor vehicle on a street or highway of this State, knowingly flee or attempt to elude members of the New Jersey State Police after having received a signal from said officer(s) to

NOTE: → THERE WAS NEVER A COMPLAINT WARRANT FOR THIS CHARGE UNDER CASE NO: 17002534 OR AFFIDAVIT OF PROBABLE CAUSE, POLICE REPORTS, COMMITMENT

→ HERE ON THE OTHER DOCUMENT SHOWED COUNT TWO, POSSESSION OF CONTROLLED DANGEROUS SUBSTANCE 2C:35:10 (1), IN MAURICE RIVER TOWNSHIP. THIS CHARGE WAS NEVER UNDER CASE NO: 17002534 IN JAN. 31, 2018, AND WAS "NEVER FILED" UNDER THIS CASE NO: OR THE INDICT ACCUSATION 18-01-00099 UNDER COMPLAINT WARRANT 0610 W 2017 001912 OUT OF THE CITY OF MILLVILLE, NOT MAURICE RIVER TOWNSHIP, BECAUSE CASE NO: 17002534 WAS ONLY ELUDING THIRD DEGREE. IN THE 18-12-01117, THE PROSECUTOR IN "FRAUD" "FORGERY" TRIED TO RE-INTRODUCE THIS CHARGE IN ANOTHER TOWN, BUT ITS STILL NOT UNDER 17002534

## COUNT THREE

Hindering Apprehension or Prosecution - Fourth Degree

MONTY P MILBOURNE

on or about the 4th day of November, 2017, in the Township of Maurice River, in the County of Cumberland, aforesaid, and within the jurisdiction of this Court, with purpose to hinder his own apprehension, prosecution, conviction or punishment, did give false information to a law enforcement officer, contrary to the provisions of N.J.S.A. 2C:29-3b(4), against the peace of this State, the Government and dignity of the same.

## COUNT FOUR

Tampering with or Fabricating Physical Evidence - Fourth Degree

*MONTY P MILBOURNE*

on or about the 4th day of November, 2017, in the Township of Maurice River, in the County of Cumberland, aforesaid, and within the jurisdiction of this Court, believing that an official proceeding or investigation is pending or about to be instituted, knowingly did alter, destroy, conceal or remove any article, object, record, document or other thing of physical substance, to wit: glove and/or keys, with purpose to impair its verity or availability in such proceeding or investigation, contrary to the provisions of N.J.S.A. 2C:28-6(1), against the peace of this State, the Government and dignity of the same.

→ THIS IS WHY THE PROSECUTOR DIDN'T GIVE ME THE GRAND JURY TRANSCRIPTS OR DISCOVERY

NOTE: ALSO THERE IS NO COMPLAINT WARRANT PRIOR, OR ON SAID DATE DECEMBER 19, 2018 OR AFFIDAVIT OF PROBABLE CAUSE, COMMITTMENT, OR POLICE REPORTS, OF THE ABOVE CHARGES OF COUNT "THREE" AND "FOUR", LIKE "TWO" UNDER CASE NO: 17002534 OR UNDER THE FRAUDULENT, OR FORGED 18-12-01117 ACC. ONLY FROM ORIGINAL COMPLAINT WARRANT "ELUDING" 0609 W 2017 000158 OUT OF MAURICE RIVER TOWNSHIP, NOVEMBER 4, 2017

NOTICE ALSO

SOMEONE EXPRESSED SHE'S NOT THE HEAD PROSECUTOR ANYMORE

Endorsed:

WHY IS CROSSED OUT?

[redacted]

Foreperson

FRAUD, FORGERY? (NO TRUE BILL?)

Jennifer Webb-McRae
CUMBERLAND COUNTY PROSECUTOR

By: [signature]
Assistant County Prosecutor

Monty Mi Lowe
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302

SOUTH JERSEY NJ 080
30 JAN 2020 PM 7 L

PURPLE HEART 2014 FOREVER USA

U.S. District Court, Clerk
P.O. Box 2797
Camden, N.J. 08101

RECEIVED
FEB - 3 2020
AT 8:30____M
WILLIAM T. WALSH
CLERK

08101-279797