Monty P. Milbourne
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302

January 28, 2020

United States District Court, Clerk
P.O. Box 2797
Camden, N.J. 08101

RECEIVED
FEB - 3 2020
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Judge Noel L. Hillman U.S.D.J.

Previously, In Correspondence, I Expressed that I Had Documents of my Case But I Had Previously wrote over the Face of It. So I'm Sending Coversheet with A little writing concerning my Case. which is the Original Complaint Warrant of The Eluding, 0609 W 2017 000158 which is the Only Charge that was Originally Under Case No: 17002534. No Other Charge, The Possession of CDS, Hindering Apprehension, or Tampering was never Contemporary at All with this Case No: 17002534. It was Fraudulently Placed on An Void, Invalid Barren Indictment Accusation. that wasn't Filed In the Cumberland County Court January 31, 2018, OR on the Appearing, December 19, 2018, Indictment Accusation 18-12-01117 making this Accusation Fraud or in Deception to Prejudice Defendant Maliciously. Also Judge Hillman The Prosecutor, Judge, And Public Defender Refused to Give me the Discovery and Grand Jury Transcript Minutes, Proceedings of 18-12-01117.

Respectfully, Monty Milbourne

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| 0609 | W | 2017 | 000158 | VS. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | ▇▇ MILBOURNE |

MAURICE RIVER MUNICIPAL COURT
PO BOX 218
LEESBURG        NJ   08327-0000
856-785-1120 COUNTY OF: CUMBERLAND

ADDRESS: ▇▇▇▇ DRIVE
▇▇▇▇        NJ 08349-0000

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 1 | | A100170824 |

COMPLAINANT NAME: MATTHEW DEVECKA
NEW JERSEY STATE POLICE

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN   DOB: ▇▇
DRIVER'S LIC. #: ▇▇   DL STATE:
SOCIAL SECURITY #: ▇▇   SBI #: ▇▇
TELEPHONE #: ( )
LIVESCAN PCN #: 406116007971

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 11/04/2017 in MAURICE RIVER TWP, CUMBERLAND County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, WHILE OPERATING A MOTOR VEHICLE ON A STREET OR HIGHWAY OF THIS STATE, KNOWINGLY FLEE OR ATTEMPT TO ELUDE (TPR. DEVECKA #7987 AND TPR. TOWNSEND #7555), LAW ENFORCEMENT OFFICER'S, AFTER HAVING RECEIVED A SIGNAL FROM THIS OFFICER TO BRING THE VEHICLE TO A FULL STOP, SPECIFICALLY BY SPEEDING AWAY FROM THE MOTOR VEHICLE STOP AFTER TROOPERS MADE THEIR INITIAL APPROACH OF THE MOTOR VEHICLE IN VIOLATION OF N.J.S. 2C:29-2B (A THIRD DEGREE CRIME).

*[Handwritten annotation]: THIS is the Only Charge November 4, 2017, That was Under CASE NO: 17002534. Two time Under this Case No: Have the Prosecutor Tried To Put the Drug Charge and Eluding Together. (It was Filed on Jan. 31, 2018 Then on Dec. 19, 2018 Under (18-12-01127) in Again Tried To Put the Drug Charges in*

in violation of:
Original Charge: 1) 2C:29-2B *Maurice River Township, when on November 4, 2017, I was*
AmendedCharge: *Charged in the City of Millville. The Prosecutor by Her Descretion Has Maliciously Held me All of this Time Unconstitutionally and Under CJRA 2017*

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: MATTHEW DEVECKA          Date: 11/04/2017
*[handwritten]: Jersey Trial Bail Reform*

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of CUMBERLAND
at the following address: CUMBERLAND CRIMINAL DIV
60 WEST BROAD STREET                     BRIDGETON       NJ 08302-0000
Date of Arrest: 11/04/2017   Appearance Date:        Time:        Phone: 856-451-3177

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause IS NOT found for the issuance of this complaint.

Signature of Court Administrator or Deputy Court Administrator   Date      Signature of Judge      Date

*[handwritten]: I was Already Arrested 2 Hours Before officers made this Report*

☑ Probable cause IS found for the issuance of this complaint. MARTIN WHITCRAFT JUDICIAL OFFICER 11/04/2017
*[handwritten]: This is No Judges Signature was Typed*
Signature and Title of Judicial Officer Issuing Warrant   Date

TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.
*[handwritten]: By officers*

Bail Amount Set: _____ by: _____
(if different from judicial officer that issued warrant)

☐ Domestic Violence – Confidential
☐ Related Traffic Tickets or Other Complaints
☐ Serious Personal Injury-Death Involved

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

**ORIGINAL**

Page 1 of 7                             NJ/CDR2 1/1/2017

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| 0610 | W | 2017 | 001912 | VS. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | *NOT MAURICE RIVER* |

MILLVILLE MUNICIPAL COURT
18 S HIGH ST
MILLVILLE          NJ 08332-0609
856-825-7000   COUNTY OF: CUMBERLAND

ADDRESS: ███████ MILBOURNE
███████ DRIVE
███████  NJ 08███-0000

| # of CHARGES: 2 | CO-DEFTS | POLICE CASE #: A100170825 |
|---|---|---|

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN   DOB: 0█/0█/██
DRIVER'S LIC. #: ███████563770   DL STATE: NJ
SOCIAL SECURITY #: ███████   SBI #:
TELEPHONE #: ( )
LIVESCAN PCN #:

COMPLAINANT
NAME:  TPR. K  TOWNSEND

*THE CASE # IS MY DOCKET # 17002534*

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 11/04/2017 in (MILLVILLE CITY), CUMBERLAND County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY OR PURPOSELY OBTAIN OR POSSESS, ACTUALLY OR CONSTRUCTIVELY, A CONTROLLED DANGEROUS SUBSTANCE ANALOG CLASSIFIED IN SCHEDULE I, II, III OR IV (THIRD DEGREE CRIME) THAT WAS NOT OBTAINED DIRECTLY, OR PURSUANT TO A VALID PRESCRIPTION OR ORDER FORM FROM A PRACTITIONER, SPECIFICALLY BY POSSESSING ONE (1) WHITE CRYSTAL ROCK SUSPECTED TO BE CDS CRACK COCAINE IN VIOLATION OF N.J.S. 2C:35-10A(1) (A THIRD DEGREE CRIME)

WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY OR PURPOSELY OBTAIN OR POSSESS, ACTUALLY OR CONSTRUCTIVELY, A CONTROLLED DANGEROUS SUBSTANCE ANALOG CLASSIFIED IN SCHEDULE I, II, III OR IV (THIRD DEGREE CRIME) THAT WAS NOT OBTAINED DIRECTLY, OR PURSUANT TO A VALID PRESCRIPTION OR ORDER FORM FROM A PRACTITIONER, SPECIFICALLY BY POSSESSING ONE (1) PLASTIC BAG CONTAINING WHITE POWDER SUSPECTED TO BE CDS HEROIN IN VIOLATION OF N.J.S. 2C:35-10A(1) (A THIRD DEGREE CRIME)

*Did IT GET TESTED To FIND OUT IF IT WAS DRUGS?*   *SUSPECTED - Did IT EVER GET TESTED AND WHEN?*

in violation of:
| | Original Charge | 1) 2C:35-10A(1) | 2) 2C:35-10A(1) UNDER | 3) 18-12-01117 |
|---|---|---|---|---|
| | Amended Charge | | *THIS IS NOT UNDER CASE NO: 17002534* | *PROSECUTOR TRIES TO CHANGE AND MAKE THIS APPEAR ON THE ...* |

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment
Signed: TPR. K TOWNSEND     Date: 11/04/2017

*DOCUMENT IT WAS IN MAURICE RIVER*

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of CUMBERLAND
at the following address: CUMBERLAND CRIMINAL DIV
60 WEST BROAD STREET    BRIDGETON    NJ 08302-0000
Date of Arrest: 11/04/2017   Appearance Date:   Time:   Phone: 856-451-3177

### PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause IS NOT found for the issuance of this complaint.

_____     _____
Signature of Court Administrator or Deputy Court Administrator    Date     Signature of Judge    Date

☑ Probable cause IS found for the issuance of this complaint.  MARTIN  WHITCRAFT JUDICIAL OFFICER  11/04/2017
Signature and Title of Judicial Officer Issuing Warrant   Date

TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ by: _____
(if different from judicial officer that issued warrant)

☐ Domestic Violence – Confidential    ☐ Related Traffic Tickets or Other Complaints    ☐ Serious Personal Injury/ Death Involved

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

COMPLAINT - WARRANT (DEFENDANT'S COPY)

Page 3 of 7             NJ/CDR2 1/1/2017

Monty M. Lourie 978805
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302

U.S. District Court, Clerk
P.O. Box 2797
Camden, N.J. 08101

SOUTH JERSEY NJ 080
30 JAN 2020 PM 7 L

RECEIVED
FEB - 3 2020
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

RECEIVED
FEB - 3 2020
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

08101-279797