U.S. District Court, Clerk
P.O. Box 2797
Camden, N.J. 08101

January 28, 2020

RECEIVED
FEB - 3 2020
AT 8:30 M
WILLIAM T. WALSH
CLERK

Judge Noel L. Hillman U.S.D.J.,

Here is the Third Correspondence to You After Receiving your Correspondence Today For the Order. In Two Other Letters, I've Sent you the Indictment Acc. Document, And Charges of The November 4, 2017, Complaint Warrant of the Eluding Third Degree, 0609 W 2017 000158 which is the Only Charge at that time under Case No: 17002534. The Charge was in or From Maurice River Township, The Possession Charge Complaint Warrant was out of of Millville City, 0610 W 2017 000192 1 Hour forty minutes later, and was never in the Beginning Ever under Case No: 17002534, Thats why It wasn't Filed By Court 1/31/18,

→ But Take a Look at this: Judge Hillman, The Prosecutor on 12/19/19, Tried to Appear as if Bring Forth a Superseding Indictment Under 18-12-01117 with Changing The Possession Charge as If It was in Maurice River Township. Now, the Possession in the Beginning out of Millville, was never under The Case No: 17002534 on Nov, 4, ~~2017~~ 2017, thats why It (The Indictment Acc.) was never Filed 1/31/18. It was Two Different cases Trying to Be Brought as One By Prosecutor on the Same Case No: By Her Discretion Maliciously, But By the Federal Constitution of Due Process Law and Cant. Also, Besides the Possession Charge, Boldly the Prosecutor, Abigail Holmes

Tried to Also Present Under Indictment Acc. 18-12-01117 And From the Same Original Case No: 17002534 of Nov. 4, 2017 Two Other Charges that never was Charged to me By Complaint Warrant or By Affidavit of Probable Cause, or Signed By A Judicial Officer on Nov. 4, 2017, And that Just Like the Possession Charge was never Under Case No: 17002534. Which is Fraud and Forgery. Malicious.

→ Judge Noel Hillman, what Really Exposed the Fraud was; On December 6, 2019, The Same Charges that was Already Put on Case No: 17002534, 18-12-01117, "Hindering Apprehension," And Tampering/Evidence as an Indictment, was Sent to me as a Complaint-Warrant 0609 W 2019 000179 By The Cumberland County Prosecutors Detective Ashley Cornwall? Two Year 1 month Later! This Clearly Showed Fraud. Because It showed that these Charges were never at Any time Under 17002534, and there was no Indictment! I've Been Held Maliciously By the Cumberland County Prosecutors Office. I even showed Two Other Lawyers this. They Couldn't Believe I was Still Held For this Barred Case, and Under the Bail Reform, Saying that, The three Charges is not Docket Under 17002534, which is false Imprisonment.

Judge Hillman, The Court Panic when on 11/14/19, Sherrif Palma threw to the Ground while I was Shackled And Handcuffed. Sent me Charges, But Forgot that these Charges were Already on the Fraudulent Indictment No 18-12-01117 And Showed Fraud.

Respectfully Monty Milbourne
Cumberland County Jail

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| 0609 | W | 2019 | 000179 |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

**THE STATE OF NEW JERSEY**
**VS.**
**MONTY P MILBOURNE**

MAURICE RIVER MUNICIPAL COURT
PO BOX 218
LEESBURG NJ 08327-0000
856-785-1120 COUNTY OF: CUMBERLAND

ADDRESS: [redacted] DRIVE
[redacted] NJ [redacted]-0000

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 2 | | |

COMPLAINANT NAME: ASHLEY CORNWALL, DET.

DEFENDANT INFORMATION
SEX: M EYE COLOR: DOB: [redacted]
DRIVER'S LIC. #. DL STATE:
SOCIAL SECURITY #: xxx-xx-x828 SBI #:
TELEPHONE #: ( )
LIVESCAN PCN #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 11/04/2017 in MAURICE RIVER TWP, CUMBERLAND County, NJ did:

WITHIN THE JURISDICTION OF THIS COURT, WITH PURPOSE TO HINDER HIS OWN APPREHENSION, PROSECUTION, CONVICTION OR PUNISHMENT, DID GIVE FALSE INFORMATION TO A LAW ENFORCEMENT OFFICER.

WITHIN THE JURISDICTION OF THIS COURT, BELIEVING THAT AN OFFICIAL PROCEEDING OR INVESTIGATION IS PENDING OR ABOUT TO BE INSTITUTED, KNOWINGLY DID ALTER, DESTROY, CONCEAL OR REMOVE ANY ARTICLE, OBJECT, RECORD, DOCUMENT OR THING OF PHYSICAL SUBSTANCE TO WIT: GLOVE AND/OR KEYS, WITH PURPOSE TO IMPAIR IT VERITY OR AVAILABILITY IN SUCH PROCEEDING OR INVESTIGATION.

in violation of:

| | 1) | 2) | 3) |
|---|---|---|---|
| Original Charge | 2C:29-3B(4) | 2C:28-6(1) | |
| Amended Charge | | | |

[Handwritten annotations: "Where is the State of New Jersey Criminal Complaint"; "The malicious, vindictive prosecutors, Detective"; "How can a complaint-warrant be signed 2 years and a month later for a 4th degree charge that I've been indicted for for 1 year, a 4 count indictment already, that was superseded unless it was never brought in front of the Grand Jury to be indicted by Grand Jury where the whole Ind. was fraud, this why I was not taken to arraignment for 5 months, and no discovery or Grand Jury transcripts"; "Millville"; "Already had been charged by Grand Jury"; "Double Jeopardy"; "Barred Pros."; "Did you in fraud and forgery have me I'm under arrest for this, when I was on trial for this"; "On Trial List"; "Didn't allow me to have my full discovery, nor allow me to have my Grand Jury transcripts minutes, proceeding"; "The Judge tried to force me to trial on another invalid indictment. This is was this Judge has violated my due process, to not allow me to present my case, or file motion in my defense"; "False warrant and complaint for this, this means that was on the false charge that 18-12-00112 was brought 12/19/19, the Grand Jury was brought before the indictment fraud was like the first"; "This couldn't have been indicted at the just getting a warrant for 2 years later"]

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment

Signed: ASHLEY CORNWALL, DET. Date: 12/06/2019

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of CUMBERLAND
at the following address: CUMBERLAND CRIMINAL DIV
60 WEST BROAD STREET BRIDGETON NJ 08302-0000
Date of Arrest: Appearance Date: Time: Phone: 856-451-3177

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause **IS NOT** found for the issuance of this complaint.

Signature of Court Administrator or Deputy Court Administrator | Date | Signature of Judge | Date

☑ Probable cause **IS** found for the issuance of this complaint. LAUREN VANEMBDEN JUDICIAL OFFICER 12/06/2019
Signature and Title of Judicial Officer Issuing Warrant | Date

**TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.**

**Bail Amount Set:** ____________ **by:** ____________
(if different from judicial officer that issued warrant)

| ☐ Domestic Violence – Confidential | ☑ Related Traffic Tickets or Other Complaints | ☐ Serious Personal Injury/ Death Involved |
|---|---|---|

**Special conditions of release:**
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

**COMPLAINT - WARRANT (DEFENDANT'S COPY)**

[Handwritten: "Called out #"; "5314"; "#5 957-1073"]

→ I Get Regular Trays Again

Whats the Statute of Limitations to File a Criminal Complaint in the State of N.J. on Someone?

Whats the time frame to have an Accused whos had a Complaint warrant signed on him to Appear Before the Judge?

The City of Millville is not in Maurice River Township.

If a ~~warrant for someones arrest~~ A Complaint warrant is ~~signed~~ filed on Someone

Monty Milbourne 46305
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302

SOUTH JERSEY NJ 080
30 JAN 2020 PM 5 L

United States District Court, Clerk
P.O. Box 2797
Camden, N.J. 08101

RECEIVED
FEB - 3 2020
AT 8:30 M
WILLIAM T. WALSH
CLERK

08101-279797