Monty Milbourne
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302

United States District Court, Clerk
P.O. Box 2797
Camden, N.J. 08101

RECEIVED
FEB - 5 2020
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Judge Noel L. Hillman, U.S.D.J.

Judge Hillman, Here's a letter that I've sent about 10 days ago to the Assignment Judge of Cumberland County, Benjamin Telsey and Cristen P. D'Arrigo Trial Judge. This letter is the 17th letter I've sent to these Judges with no response. I've also put in 14 motions on my own behalf because the Attorney would not. Neither of my motions were answered or responded to. I've also written the Prosecutor 10 times. I have all my copies.

MR. Judge Hillman, I'm Internally Injured in my Neck, Lower Back, Tailbone, Hip, and Leg from the Sciatic Nerve, from the Incidents when Sheriff Palma threw to the floor on 11/14/19 at the Court House, and when the Cumberland County Jail Officers, while I was on the floor 25 hour not being to get they came, with excessive force, picking me off the floor slamming my head to the ground, kicked me, handcuffed, sprayed

[Left margin, top: "OTHERSIDE ← OTHERSIDE"]

[Left margin vertical text: "The Cumberland County Jail, Warden, is holding me in my cell without equal, looking in my legal mail, and there are 3 documents missing from your correspondance"]

[Left margin bottom vertical text: "The letter that the court clerk sent me from you 11/15/19, I didn't get until 1/31/20 a week later!! with missing documents"]

me with mace and threw me in the room on the floor on B-POD #2019 Handcuffed with mace in my face shutting the door leaving me handcuffed. This was on 11/15/19 on a Friday. The Cumberland County Jail instead of taking me to medical, left me in B-POD #2019 without being able to walk. From 11/15/19, until about 12/30/19, I couldn't stand, I couldn't get out my bed, or move. I was crippled and medical and the jail trying to cover up what they did to me, neglected me medically. I couldn't wash my body, I urinated sometimes in a coffee bag, or on myself. I even defecated on myself in the bed in soiled clothes and sheets, and the nurse saw it and the supervisors and warden knew. I threw up blood, couldn't breath and was in excruciating pain, but the doctor of the Cumberland County Jail never took me to medical to monitor me they kept me on B-POD #2019. Until I could crawl on the floor out the bed, I urinated in a coffee bag, and defecated on myself. Cameras will show what Sheriff Palma did to me at the Court House 11/14/19, and cameras will show on 11/15/19, what the Cumberland County Jail did to me on B-POD #2019 Friday at about 6:40 PM. Cameras will also show nurses and officers leaving me on the floor for 25 hours then assaulted me (on the floor). Every court appearance since I go in a wheelchair. It's more to this story. I also found out I have lumps on my lungs and liver by Inspira Hospital in Vineland N.J., and they told me I need to get a biopsy and more tests. I'm being held unjustly by the prosecutor and court unconstitutionally, and all of this has happen to me. I'm still detained on the bail reform of 2017, and on charges thats void, not filed, and not under case no. maliciously.

Sincerely Monty Milbarde

CONTINUED → He even more, The Attorney that Possession case told out of his mouth that he was being paid by the Judge just to have me found guilty.

D'Arrigo → (This Judge has been under investigation for about 2 years)

Judges Hillman, It's more to this case that started from the very beginning. This case in February 2018, would have been dismissed. The case No: 17002534 And Ind. Accusation when it was 18-01-00099 stamped "NOT FILED" with the appearance of the Jury Session expired, and the Prosecutor trying to merge or make the Possession charge look in contemporary as the "eluding", But could not because The Possession charge was never case No: 17002534. (This was stamped January 31, 2018 "NOT FILED". It was never filed by Clerk or Judge (Assignment Judge) in the Cumberland County Court). February 7, 2018, My then Attorney working out of the Public Defenders Office of Bridgeton and Deputy Public Defender Charles P. Sandilos, came to see me for the first time. This Lawyer directly told me, "They messed up the indictment, It's "Not Filed" and It's "Defective". I can get all your charges dismissed." I remember saying that, "Yeah because I wasn't the one driving my car that night." He said, "I can see that, Because they didn't really know who was driving, And it shows on the reports., But I can have your charges dismissed completely." Then He proposed Gay Sexual Conduct towards me to have my charges dismissed and $2,500 in cash. Touched me, and was lewd. I declined, But I told him I could get him the $2,500. He said, That, "that's not enough". Think about it and I will have all charges dismissed. I said, Well if the indictment is "Not Filed" then why won't you just have it dismissed? He just said, think about it and left. This is embarrassing to me, But I wrote Attorney Ethics, The Public Defenders office, The Prosecutor, The Judge of my case, The Assignment Judge, And they still turned a blind eye, Letting him represent me in use of the Prosecutor now Because I refused him. In "October" I wrote You Judge Hillman also. I have all my copies that I wrote to government officials about this. The Prosecutor and Judge D'Arrigo has maliciously together tried to try me still on this case No: 17002534 that's void to convict me because they know they are in conspiracy and have a conflict of interest in my case. An outside Attorney even said, This Judge D'Arrigo isn't right. By law you should be home and charges should be dismissed. Skinner and Mark Kornman

STATE OF NEW JERSEY        SUPERIOR COURT OF NEW JERSEY
V.        Cumberland, Criminal Part
Monty P. Milbourne

Indictment No: 18-12-001117

Case No: 17002534

## Notice Letter

Assignment Judge Benjamin C. Telsey,
Trial Judge Cristen P. D'Arrigo

Judge D'Arrigo:

As trial Judge on the Defendants Case No: 17002534, AND, Also the Indictment Accusation No: 18-12-01117, you Have Unfairly Allowed Prosecutor Abigail Holmes maliciously Detain the Defendant on the Above case 2 years 4 months without case Being Indicted or Docket Filed as such By the Cumberland County Superior Court. On the Above Indictment Acc. 18-12-01117, Under Case No: 17002534, The 3 charges that were Illegally Appearing on this Case No: in Fraud, Possession of CDS, Hindering Apprehension, and Tampering, is By Facts Not At All Under this Case No:, thats the only number From November 4, 2017, Resisting-Eluding, which was Never Filed January 31, 2018. The Defendant Has Raised these Issues on Open Court Record Transcripts For 2 years. On December 11, 2019, Public Defendant, "Skinner" on Open Court Transcript Record Said To you, Judge Cristen P. D'Arrigo, That these 3 "Charges" Are not "Docket under this Case No. How Am I Being Charged with Tampering And Hindering Apprehension By A Detective on Dec. 6, 2019, 2 years Later on a Complaint-Warrant, when Its Been on my Indictment Accusation Appearing on Case No: 17002534??

Public Defender Stated that the Possession of CDS isn't Docket under this Case No: Either! And the Number Itself Has Never Been Docket Filed. "Why" is he Detained? "Why" Has He Been Detained For So Long? The Public Defender "Skinner" and I Talked. He seen all my Paperwork and Letters. And "Skinner" Looked up my Case, like 2 other Lawyers Had Did, and It showed everything I Always Said in Open Court and By Letters I Have Multiple Copies of that I've sent out. "Skinner", also said that I should Be Released from these Charges. Why am I Being Held? Then You, Judge D'Arrigo, Acted as If you were Shocked or Didn't Know, or Understood why I've Been Held without Being Released From Custody. You even Had the Audacity To ask Prosecutor Ostrow, "Find why He's Being Held, and why He's Been Held So long," when you Know It's Been You and Abigail Holmes, with Help of Al Wheeler and Albert Allison to "Unconstitutionally" and "Maliciously" Hold. That's why you acted as you were Going to Have a Suppressing Hearing (For what! The Possession is not under Case No: It's Barred Prosecution Anyway!) Had Al Wheeler appear in Front of "Chirello", To try and Move Skinner Away or out of the Picture, But I Already Knew what you were Doing. I've Gave other Lawyers my Case, they Looked up my Numbers, and Said the Same thing! The Fact is on December 11, 2019, and December 16, 2019 The Trial Judges Fraud was Exploited out on Public Court Transcript Records. "December 11, 2019," Had also my Associate and [Someone] who witness the whole Proceeding, what was Said, and Especially what you Said Judge D'Arrigo. Another Lawyer Spoke to Skinner also and Confirmed what's Going on. I Put an Attorney Ethics Grievance against "Wheeler", Contacted The Governor, Federal Court (US District), Supreme Court, and FBI. I Have a "Writ of Habeas Corpus" in, and another on Attorney General. I'm also Going To Get Every Court Transcript Record of every Court Date. Especially "December 11, 2019."

I'm asking Immediate Release under Case No: 17002534.            #76305

c/c Prosecutor Holmes                                      Monty P. Milbourne

  Criminal Division

Monty Milbourne #428005
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302

United States District Court, Clerk
P.O. Box 2797
Camden, N.J. 08101

RECEIVED
FEB - 5 2020
AT 8:30 M
WILLIAM T. WALSH
CLERK

RECEIVED
FEB - 5 2020
AT 8:30 M
WILLIAM T. WALSH
CLERK