Judge Hillman,

THE Judge is the Prosecutor AND Lawyer of my case.

NOTE: When the Judge saw that I exposed the Prosecutor, she has not spoke in court again for 2 years, the Judge speaks in her place, Court Transcripts show this

Heres a letter I wrote the prosecutor, Judge what would expose Abigail Holmes Assistant Prosecutor also, on April 30, 2018 I came to court asking her on court transcripts, "Am I indicted on the Eluding and Possession ( Together on case, "she said yes. When I came Back may 31, 2018, I asked again, She said No. But my attorney who knew I wasn't indicted Because he told me it wasn't filed, now tried to act like he didn't say that in the Beginning But I refused him. The Prosecutor lied under oath on these dates.

State of New Jersey

V.

Monty P. Milbourne

Superior Court of New Jersey
Cumberland, Criminal Part

Indictment Number: 18-12-01117 I/4

Case Number: 17002534

Notice Letter

**RECEIVED**
FEB - 5 2020
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Assistant Prosecutor Abigail Holmes,

First and Foremost I would like to Acknowledge the Fact that the Possession of CDS Heroin 2C:35-10(1), Hindering Apprehension 2C:29-3B(4), And Tampering with Evidence 2C:28-6(1) Is not in Contemporary or In the Same time Period in Maurice River Township As Resisting Arrest Eluding 2C:29-2B. The 3 Charges are Not Under Case Number: 17002534 and Should Be Removed Immediately. Its not Docket Under Case Number and there was no Complaint Warrant, Number, or Arrest on November 4, 2017 For these Charges. These are Illegal Charges with No Force or Merit Under #17002534. And Being So the whole Indictment Acc. Itself Has to Be thrown out. There was no Grand Jury Indictment. Statutes of Limitations of Indicting Defendant is Passed and Barred Prosecution of 17002534 And Statute of Limitations to Hold A Defendant Under the CJRA 2017 Bail Reform Pursuant, Rule 3:25-4 And §2A:162-22-1(A) 2(B) Is also Passed Ultimitely After 2 Years. Barred Prosecution And Defendant must Be Released. You Can't Lawfully Take this Case Number to Trial. Its Illegal! By Law Its Illegal! Court Transcripts and

AND ABOUT 20 COPIED LETTERS to the COURT will show that EVERY COURT DATE I ASSERTED IN EFFECTIVE ASSISTANCE OF COUNSEL, CONFLICT OF INTEREST AND WHY. Under the Indictment Accusation 18-12-01117 I ASK FOR MY DISCOVERY (FULL DISCOVERY) AND FULL DISCOVERY OF the GRAND JURY TRANSCRIPTS AND PROCEEDINGS. But was REFUSED, VIOLATING my DUE PROCESS RIGHTS. THERE IS NO DISCOVERY FOR 18-12-01117! NO WARRANT FOR ARREST FOR The 3 CHARGES, NO PROBABLE CAUSE FOR these 3 COUNTS, NO INVESTIGATIVE REPORTS OR COMMITTMENT WITH A JUDICIAL OFFICERS SIGNATURE FOR the WARRANT FOR these 3 CHARGES OR FOR PROBABLE CAUSE AFFIDAVIT! TO BE BE CONTEMPORARY WITH the NOVEMBER 4, 2017 Eluding in Maurice River Under CASE NUMBER: 17002534. Its LITERALLY IMPOSSIBLE! Its NON EXISTANT. NO LEGAL FORCE. THE ENTIRE CASE NUMBER: 17002534 THE STATUTE OF LIMITATIONS HAS RUN ITS COURSE AND COURT RECORD TRANSCRIPTS HAS PROVEN that I'VE RAISED these CLAIMS, CHALLENGED the INVALID OF INDICTMENT AND The BARRED PROSECUTION OF 17002534. PROSECUTOR HOLMES You HAVE HELD ME FOR 2 YEARS AND 4 MONTHS ON OR IN the Lawful "ERA" OF the CJRA 2017 Bail Reform BE AN "Eligible" DEFENDANT Under Rule 3:25-4 AND §2A:162-22-1(a) 2(B) ON A CASE NUMBER that WAS NEVER FILED Under 2 False ACCUSATION NUMBERS 1/31/18 AND 12/19/18! COURT TRANSCRIPTS will show that I NEVER WAIVED NOT ONE Constitutional Right! But was DENIED EVERY Constitutional Right IMAGINABLE that EXIST OF the Constitution AND DUE PROCESS. COURT RECORD AND OVER 40 LETTERS to All GOVERNMENT OFFICIAL IN the STATE AND FEDERAL HAS BEEN CORRESPONDED By me AND the GROSS INJUSTICE AND the BREAKING OF the LAW By this NASTY, PARTIAL, UNJUST, UNFAIR, Prejudice, Judge who HAS A CONFLICT AND INTEREST IN my CASE. AND Still, You HAVE NO CASE! He's ALREADY UNDER CLOSE INVESTIGATION FOR FALSELY INSTRUCTING the Jury, ILLEGAL SENTENCES, INTERFERING AS A LAWYER, PROSECUTOR, MAKING Judicial COMMENTS OR STATEMENTS OR DETERMINATIONS

ABUSE OF DISCRETION, JUDICIAL MISCONDUCT AND MORE. AND BEFORE SHE STEPPED DOWN, THE OFFICE OF JENNIFER WEBB-MCRAE. PROSECUTOR, IT MAKES ME SMILE WHEN JUDGE D'ARRIGO VIOLATES ALL MY DUE PROCESS RIGHTS. WHEN HE VIOLATES MY 1ST AMENDMENT RIGHTS TO SPEAK, REMEMBER, HIS LITTLE COURT ROOM IS LITTLE. AS SOON AS I LEAVE COURT EVERY COURT APPEARANCE WHEN THE COURT VIOLATE MY RIGHTS I WRITE EVERYTHING THAT WAS SAID AND DONE AND WHO SAID IT, WHAT I SAID, AND HOW MY DUE PROCESS RIGHTS WERE VIOLATED IN COURT THAT DAY. I STUDY CASE LAW OF CASE, RULES OF THE COURT, THE N.J. CONSTITUTION, STATUTE AND LIMITATION, BARRED PROSECUTION, DUE PROCESS VIOLATIONS, GRAND JURY INDICTMENTS, DOUBLE JEOPARDY, THE CONSTITUTION AND THE AMENDMENTS 1ST 4th 5th 6th 8th AND THE "MIGHTY 14TH AMENDMENT" THAT CONSTITUTES DUE PROCESS FROM ALL THE OTHER AMENDMENTS. I STUDY THE CJRA BAIL REFORM SPEEDY TRIAL ACT, JAN. 1, 2017, ILLEGAL SEARCH AND SEIZURES, ALL ELUDING CASES 2C:39-2B, ALL DEFECTIVE, DEFICIENT, VOID, INVALID, NOT FOUND, NOT FILED, NO TRUE BILL INDICTMENTS. I STUDY EVERY MEANING OF A WORD IN LAW TERMS IN THE "BLACKS DICTIONARY", I HAVE THE GEORGETOWN LAW REVUE IN MY ROOM! I STUDY MALICIOUS PROSECUTION, FALSE IMPRISONMENT, SELECTIVE PROSECUTION, FRAUD, FORGERY, PERJURY, DISCOVERY (BRADY V MARYLAND)(GRAND JURY TRANSCRIPTS) STATE V ROBINSON (DISCOVERY IN DETENTION HEARINGS) "2C LAW", "2A LAW", FEDERAL LAW, PROSECUTIONAL ERROR, MOTIONS, UNITED STATES CODE FOR JUDGES, NEW JERSEY CONSTITUTION FOR JUDGES, JURY INSTRUCTION, JURY TRIAL, IMPARTIAL JURYS, PARTIAL JURYS, JUDICIAL MISCONDUCT, JUDICIAL ABUSE OF DISCRETION, JUDICIAL DETERMINATIONS, PROSECUTION DISCRETION, GRAND JURY SESSIONS, DUPLICITY, MULTIPLICITY, BILLS OF PARTICULARS, WITNESSES, INEFFECTIVE ASSISTANCE OF COUNSEL, CONFLICT OF INTEREST, (STRICKLAND V. WASHINGTON, STATE V. FRITZ) RPC 1.1 (A)(B) RPC 1.3, RPC. 1.4, RPC. 1.0, RPC 8.4. AND THEN I WRITE THE CUMBERLAND COUNTY COURT, THEN THE COPIES I SEND CRIMINAL DIVISION, JUDGE TELSEY AND D'ARRIGO, I SEND TO THE GOVERNOR, SUPERIOR COURT OF NEW JERSEY, US DISTRICT COURT, 10 FEDERAL JUDGES, FEDERAL PROSECUTOR AND FEDERAL COURT CLERKS. I'VE JUST RECENTLY WROTE THE "FBI" TWICE CONCERNING ALBERT ALLISON, JUDGE D'ARRIGO, AL WHEELER, CHARLES P. SANDILOS AND THE PROSECUTORS OFFICE IN CONSPIRACY OF WHAT ALBERT ALLISON DID, AND KNOWING WHAT HE DID BUT YET DID NOTHING ABOUT IT

AND TRIED TO ACT LIKE IT DIDN'T HAPPEN. IF I HAD CRIMINALLY DONE WHAT ALLISON WANTED TO DO THEN I WOULDN'T EVEN BE DETAINED. HE TOLD ME STRAIGHT FORWARD THAT THE "INDICTMENT" ACCUSATION WASN'T VALID AND THAT THEY MESSED UP, AND HE COULD GET "ALL" OF MY CHARGES DISMISSED IMMEDIATELY! BUT FOR A PRICE. ONCE I DIDN'T PAY THE PRICE, HE WENT AGAINST ME TO CONVICT ME AND UNFAIRLY DID NOTHING FOR MY DEFENSE TO WORK WITH YOU PROSECUTOR. ON EVEN MARCH 19, 2018, IN THE BOOTH ALLISON ASK ME WHAT WAS I GOING TO DO? HE STILL CAN GET MY CHARGES THROWN OUT! WOW! SEE, I WILL TAKE A LIE DETECTOR TEST ABOUT ALLISON! BECAUSE EVERYTHING I SAID, HE DID. JUST LIKE AL WHEELER. AL WHEELER TOLD ME PERSONALLY THAT HE DID NOT WANT TO TAKE MY CASE, BUT CHARLES SANDILOS SAID, "TAKE THE CASE FOR ME THE JUDGE WILL PAY YOU WELL AND THE COURT JUST TO APPEAR IN COURT WITH HIM AND MAKE SURE HE SIGN PAPERS TO GO TO TRIAL. "THE MILBOURNE CASE" IS COMPLICATED! AL WHEELER WHEN I STRAIGHT ASK HIM WAS HE GETTING PAID BY THE JUDGE, HE WAS DUMB ENOUGH TO BOLDLY TELL ME, YEAH, AND I'M NOT PUTTING NO MOTIONS IN FOR YOU, YOU LIED ON MY FRIEND ALBERT ALLISON AND HE'S A GOOD LAWYER. I'M ONLY BEING PAID TO MAKE SURE I APPEAR IN COURT WITH YOU AND MAKE SURE YOU SIGN TRIAL PAPERS. I'M HERE TO MAKES SURE THE PROSECUTOR AND JUDGE D'ARRIGO FIND YOU GUILTY! HE ALSO SAID BEING VERY LOW, YOUR F------ GUILTY! YOUR F------ GUILTY! AND THE PROSECUTOR AND JUDGE IS GOING TO FIND YOU GUILTY! HE EVEN SAID HES NOT GIVES NO DISCOVERY OR GRAND JURY TRANSCRIPTS! THEN HE INDIRECTLY THREATEN MY LIFE PRECISELY. THIS IS JUNE 28, 2019, AND I HAVE NOT SPOKEN TO HIM ABOUT ANYTHING SINCE AND WILL NOT. I WILL TAKE A LIE DETECTOR FOR THIS ALSO. THE "FBI" AND THE US DISTRICT COURT KNOWS ALL OF WHAT I'M SAYING. THE GOVERNOR HAS BEEN INFORMED AS WELL. I HAVE ALL MY PAPERWORK TO SHOW THIS. MANY COPIES! I WROTE ALSO THE A.C.L.U, AND ADVOCATES FOR VICTIMS AND SENT THEM ALL MY PAPERWORK. ALL OF THIS BECAUSE A JUDGE WHO'S PARTIAL, WHO HAS A CONFLICT IN MY CASE AND MALICIOUS PROSECUTION, AND A LAWYER WHO'S BEING PAID BY A BENCH TRIAL JUDGE ON MY CASE WON'T RELEASE ME BY LAW ON A CASE NUMBER: 17002534 THATS VOID, INVALID AND BARRED BY PROSECUTION. THIS LETTER SENT TO YOU WILL ALSO BE SENT TO FBI, US DISTRICT COURT, US COURT, AND GOVERNOR.

C/C JUDGE CRISTEN D'ARRIGO
JUDGE TELSEY ASSIGNMENT JUDGE
CRIMINAL DIVISION

Respectfully, Monty M 46305
Monty P. Milbourne
Cumberland County Jail

LINDA SOLANIK
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 12/20/2024



Monty Milbourne
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302

United States District Court, Clerk
P.O. Box 2797
Camden, N.J. 08101

RECEIVED
FEB - 5 2020
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

RECEIVED
FEB - 5 2020
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

08101-279797