February 3, 2020

Monty Milbourne
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302

United States District Court, Clerk
P.O. Box 2797
Camden, N.J. 08101

RECEIVED
FEB 10 2020
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Judge Noel Hillman,

For some reason I was called for court today February 3, 2020. I wasn't scheduled to go to court until February 12, 2020. Since you've made the Cumberland County Prosecutor send you the filing documents charging me for case No: 17002534, 18-01-00099 and 18-12-01117. They (Prosecutor, Court, Public Defender) are in what it seems to be in panick mode. The Judge, Judge D'Arrigo, said that he was going to grant my motion for a suppression of the drugs. I said in open court I never put a motion in ever for suppression of evidence, because the drug charge is not under case No: 17002534. I put a motion in for a dismissal of my case for an invalid indictment, a motion to re-open my detention case to be released on bail reform as an "Eligible" Defendant pursuant N.J.R. 3:25-4, 3:25-3, and §2A:162-22 1(A) 2(B), and a "Brady v. Maryland" motion for discovery and grand jury transcripts of 18-15-01117.

I Declined to this Motion of Suppression of Evidence in Open Court and He Forced the Date of March 23, 2020 for me to Appear for an Suppression Hearing. I never put in! Why would I put in a Motion to Suppress Evidence of Drugs when I never had Drugs in my possession, and knowing ultimately that the Drug Charge is NOT under Case No: 17002534.

The Judge who's trying in Conspiracy to Help the Prosecutor Stall time, and Acting as IF I, myself, put in this Motion to Suppress is Taken Away Excludable time From the Defense without my Consent, and the Public Defender is Allowing It.

Judge Noel Hillman, I even tried several times to Recuse this Judge But He's Staying on my Case Because He Has an Interest in my Case and Has not Abided By the Law and Due Process.

When in Every Court Appearance, I asked for the Full Discovery (Videos) and Grand Jury Transcripts for 18-12-01117 Under the Ruling of The United States Supreme Court's Ruling of Brady v. Maryland, through Also Motions and Letters; you know they are Hiding the Fact that 18-12-01117 is Invalid!

Judge Noel Hillman, Also, The Cumberland County Court or the Prosecutor Did not take me For Arraignment For 18-12-01117 Until May 20, 2019, 5 months Later of So Called False Indictment From Dec. 19, 2018! When you, Judge Hillman, Compelled Them To Give you the Charging Documents they are Scared. They Didn't Have No Clue I Petitioned to the U.S. District Court! They are Trying to Cover themselves; acting like I put in this Motion and the Judge Granted it. I Didn't. AT ALL! I Refused It. I Filed A Motion For Dismissal For Invalid Ind. No. 18-01-00099 and 18-12-01117, and Motion for Bail Release. They are Still Holding me Unjust. Could you Please Help me.

Note: Judge Hillman, The Prosecutor, The Court, or Public Defender Has No Discovery or

Monty P. Milbourne
Cumberland County Jail

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>Plaintiff,<br><br>v.<br><br>Monty P. Milbourne,<br><br>Defendant. | : SUPERIOR COURT OF NEW JERSEY<br>: LAW DIVISION, CRIMINAL PART<br>: CUMBERLAND COUNTY<br>:<br>: INDICTMENT NO.: 18-12-01117-I<br>:<br>: CRIMINAL ACTION<br>:<br>: NOTICE OF MOTION TO DISMISS |

TO: Abigail Holmes, Assistant Prosecutor
Cumberland County Prosecutor's Office
115 Vine St.
Bridgeton, NJ 08302

**PLEASE TAKE NOTICE** that on December 12, 2019 at 9:00 o'clock in the morning | afternoon, or as soon thereafter as defendant may be heard, the undersigned defendant Monty P. Milbourne will move for an Order dismissing the above complaint with prejudice.

**THE MOTION** is to be based upon Certification, letter-brief, and arguments to be supplied on the return date.

DATED: 11/14/19

Monty P. Milbourne
DEFENDANT

I hereby certify that a copy of the within Notice of Motion has been filed with CCMO and simultaneously served upon the Prosecutor this 14th day of November 2019.

Monty P. Milbourne
DEFENDANT

Marty M Brown
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302

SOUTH JERSEY NJ 080
05 FEB 2020 PM 6 L

RECEIVED
FEB 10 2020
AT 8:30
WILLIAM T. WALSH
CLERK

US District Court, Clerk
P.O. Box 2797
Camden, N.J. 08101

08101-279797