Judge Noel Hillman,

RECEIVED
FEB 11 2020
AT 8:30____M
WILLIAM T. WALSH
CLERK

Here is a letter I wrote Prosecutor Holmes Feb. 3, 2020, after court, and a letter compelling the discovery for 17002534 under 18-12-01117. There is no charging documents for these counts under case no: 17002534, and the eluding under Nov. 4, 2017, warrant filed Jan. 31, 2018, the statutes of limitations on this case no: is barred prosecution.

Respectfully,
Feb. 6, 2020

RECEIVED
FEB 11 2020
AT 8:30____M
WILLIAM T. WALSH
CLERK

Monty P. Milbourne
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302


State of New Jersey,
       Plaintiff
       v.
Monty P. Milbourne
       Defendant

RECEIVED
FEB 11 2020
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Assistant Prosecutor Abigail Holmes,

Ms. Holmes,
Being that there is NO POSSESSION OF CDS UNDER CASE NO: 17002534 WHY WOULD YOU EVEN ATTEMPT to HAVE A STATE Police OFFICER Jeopardize His CAREER IN PERJURY, Lying under OATH? THERE IS NO COMPLAINT-WARRANT, NO Affidavit of Probable Cause, NO PRELIMINARY ENFORCEMENT REPORT, NO COMMITTMENT, AND NO Police REPORT, UNDER this CASE NO: 17002534 AT ALL. NO DISCOVERY OR GRAND JURY PROCEEDINGS FOR the POSSESSION OF CDS "PERIOD". THERE IS NO CHARGING DOCUMENT THAT will show This. By LAW You Can't take me to TRIAL, You are Holding me Maliciously Still. The Defendant Has "NEVER" Filed A Motion to Suppress Evidence OF CDS, AND BECAUSE IT "DOESN'T EXIST" UNDER CASE NO: 17002534 Its meaningless! I Challenge You To show the Federal Court Charging Documents of CASE NO: 17002534 AND THE IND. ACC 18-12-01117 AND 18-01-00099. There is NO Discovery or Transcripts FROM 18-12-01117 Indicting me with These False Charges UNDER CASE NO: 17002534, It would Be

NOTE: I Hope You Realize STATUTE OF LIMITATIONS OF THE BAIL Reform STARTS ON CASE NO: 17002534 "NOVEMBER 4, 2017", NOT December 19, 2018 (NOT FILED)

Illegal under Due Process. Prosecutor, you have a few more days to show that I was charged with a crime under, the Count Two of Possession of Controlled Dangerous Substance, 2C:35-10(1) The Count Three Hindering Apprehension, 2C:29-3b(4), and the Count Four Tampering with Evidence, 2C:28-6(1). Prosecutor, you have a few days also to show the Federal Court that on January 31, 2018, under the Case No: 17002534 → "Eluding" 0609 w 2017 000158, under Ind. Accusation 18-01-00099 that this was STAMPED "Not Filed" in the Cumberland County Superior Court. Not Found or Docketed, Invalid, and Void. This also shows the Statute of Limitations on the Case No: 17002534 is up and gone or tolled. Under CJRA 2017 Bail Reform Speedy Trial Act, the Defendant cannot be charged or brought to trial. Double Jeopardy and the 5th Amendment is law. There was never a Superseding Indictment! It appeared that way! Even a person who doesn't know law, could look at the 3 false counts seeing that if these 3 charges were not under Case No: 17002534 and there were no charges filed in contemporary on November 4, 2017, with the "17002534", how can you fraudulently forge those charges (counts, not charges) with that Case No.? Impossible! Prosecutor, you even wanted me to take a DWI ticket! Why? I blew .01% I wasn't drunk or the driver! You cannot forge or fraud documents to the Federal Court like you have been doing. You're still holding me in the "ERA" of the 2017 Bail Reform unconstitutionally and unjustly and maliciously.

c/c Criminal Divisions Clerk
Attorney General
U.S. District Court

Respectfully, Monty Milbourne
Date: February 3, 2020

Monty P. Milbourne
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302

RECEIVED
FEB 11 2020
AT 8:30 M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| State Of New Jersey<br>Plaintiff<br>V.<br>Monty P. Milbourne<br>Defendant | Superior Court Of New Jersey<br>Cumberland, Part<br>Criminal Division |

Indictment No: 18-12-001117

Case No: 17002534

Notice Letter To Compel Discovery/Transcripts

Please Be Advised that the Defendant, Monty P. Milbourne, will move The Cumberland County Court To Compel the Cumberland County Prosecutor To Present the Defendant with Pursuant The United States Supreme Court Ruling in the Case of "Brady v. Maryland", Full Discovery of Police Reports, Complaint-Warrant, Affidavit of Probable Cause, Committment, Preliminary Report, Judicial Officers Signature, Videos, Witnesses, Tangible Items, Grand Jury Transcript Proceedings, Forepersons Vote, State Witnesses, For the Case No: 17002534/Ind. Accusation 18-12-01117.

c/c Criminal Division, Clerk          Submitted, Monty Milbourne
    Assistant Prosecutor Holmes       Date: February 3, 2020

1

Monty Milbourne #76305
Cumberland County Jail
54 West Broad St.
Bridgeton, NJ. 08302

RECEIVED
FEB 11 2020
AT 8:30_____M
WILLIAM T. WALSH
CLERK

United States District Court, Clerk
P.O. Box 2797
Camden, N.J. 08101

RECEIVED
FEB 11 2020
AT 8:30_____M
WILLIAM T. WALSH
CLERK

South Jersey NJ 080
06 FEB 2020 PM 5 L

08101-279797