

## State of New Jersey

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF CRIMINAL JUSTICE<br>PO BOX 085<br>TRENTON, NJ 08625-0085<br>TELEPHONE: (609) 984-6500 | GURBIR S. GREWAL<br>*Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | VERONICA ALLENDE<br>*Director* |

February 6, 2020

The Honorable Jennifer Webb-McRae
Cumberland County Prosecutor
115 Vine Street
Bridgeton, New Jersey 08302

   Re:  Monty P. Milbourne v. Richard Smith
        Civil Action No. 20-0012(NLH)

Dear Prosecutor Webb-McRae:

   Enclosed please find a petition for a writ of habeas corpus, and memorandum opinion and order of the United States District Court. We are forwarding this to you as the issues are matters routinely handled by your office.

   By copy of this letter, we are requesting the United States District Court remove our office from receiving further electronic notifications in this matter. Thank you.

                                Very truly yours,

                                Carol M. Henderson, AAG
                                Chief, Appellate Bureau

CMH/as
Enclosure
c: William T. Walsh, Clerk, United States District Court(w/o encl.)
   Karin M. Burke, Assistant Director, Department of Corrections
     Office of Regulatory & Legal Affairs(w/o encl.)
   Monty P. Milbourne #46305, pro se(w/o encl.)

   *New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and is Recyclable*