Judge Hellman                                          2/12/20.

Heres also a few motion I sent the court also for a new bail hearing and Brady motion for full discovery and Grand Jury Transcript for 18-12-01117. No response from court.

Thank You Sir.

Monty McDowell

RECEIVED
FEB 18 2020
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

STATE OF NEW JERSEY  
    Plaintiff  
v  
Monty P. Milbourne  
    Defendant  

SUPERIOR COURT OF NEW JERSEY  
CUMBERLAND, CRIMINAL PART  

Indictment Number 18-12-01117 I/A

CASE NUMBER: 17002534

Criminal Action

Brady Motion For Discovery

RECEIVED  
FEB 18 2020  
AT 8:30 _____ M  
WILLIAM T. WALSH  
CLERK  

To: Assignment Judge Benjamin Telsey of:  
Cumberland County  
60 West Broad St.  
Bridgeton, NJ. 08302  

Please take notice, that upon the Duly Annexed Verified Affidavit of I, Monty Milbourne, and on all the Papers and Proceedings Had Herein, the Defendant will move this Cumberland County Court on Friday January 31, 2020 at 9:30 AM of that Day, for an Order to Furnish this Indigent Defendant Free of Charge, with a Copy of Discovery Had within the above Intitled Action, and For Such Relief that this Court May Deem Just and Proper, Pursuant to the United States Supreme Court's Ruling within Brady v. Maryland, 83 s.ct 1194

Respectfully Submitted  
_Monty_  
Defendant  

Executed this 6th Day of January 2020  
c/c Prosecutor Abigail Holmes  
    Assignment Judge Telsey  
    Criminal Division  

LINDA SOLANIK  
NOTARY PUBLIC OF NEW JERSEY  
My Commission Expires 12/20/2024

Monty P. Milbourne #46305
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302

DEFENDANT CERTIFICATION IN SUPPORT
OF MOTION TO RE-OPEN PRETRIAL DETENTION

SUPERIOR COURT OF NEW JERSEY
STATE OF NEW JERSEY, Plaintiff
v.
Monty P. Milbourne, Defendant

CUMBERLAND VINCINAGE
CRIMINAL DIVISION

Indictment No: 18-12-01117

Judge Zigler / Judge Malestins    Case No: 17002534

I, Monty P. Milbourne, am the Defendant of the above matter; On November 16, 2017, Defendant was Detained Under Order of this Court Under Case No: 17002534; The Courts Order cites the Public Safety Assessment (PSA) as Prima Facie Evidence in Favor of Detention in Support of Its Decision to Detain Defendant; The Indictment No: was "Not Filed" on January 31, 2018, Under then No: 18-01-00099 in the Cumberland County Superior Court which ultimately was not Indicted Against Defendant, In where Defendant should Have then Been Released, However, Defendant was Held by Prosecutor of the State, Appearing to Have, on December 19, 2018, Superseded the Indictment No: 18-01-00099 with 3 Counts Into Indictment No: 18-12-01117, Under Same Case No: 17002534; The Case No: 17002534 Had Already Prior Not Been Filed under Ind. No: 18-01-00099 January 31, 2018, and therefore, Under CJRA January 1, 2017, Bail Reform Act, Speedy Trial Act, as an "Eligible" Defendant Pursuant N.J.R 3:25-4, 3:25-3, and § 2A:162-22 1(A) 2(B), Statute of Limitations To Charge Defendant Under Case No: 17002534 was void without Legal Force; It Also showed that the 3 new Counts which were In Name, Possession of CDS, 2C:35-10(1), Hindering, 2C:29-3(4), Tampering, 2C:28-6(A)

were not Under Case No: 17002534 From the November 4, 2017, Arrest of the Defendant For the Complaint-Warrant No: 0609 W 2017 000158; It Ultimately shows that there was no Indictment which charged the Defendant with 4 charges (Counts) under 18-12-01117 or Case No: 17002534; The Defendant, Monty P. Milbourne, Therefore, Believes that His Continued Detention is Unconstitutional and Improper Also Pursuant The New Jersey Supremes Courts Decision in State V. Mercedes and State V. Hassan Travis; In the Courts Conduct to Hold the Defendant Detained to Not Being Released For 2 Years 3 months Under Case No: 17002534, might not have Solely been upon the PSA Recommendation Against Defendants Release, But Prejudice to Release For Unfair Reasons. These Facts are the New Circumstantial Evidence of This Case For Defendants Release From Detainment.

For These Reasons And Other Good Cause, I, The Defendant, Monty P. Milbourne, moves this Honorable Court to Re-open Its Detention Order of November 16, 2017

Respectfully Submitted,

February 3, 2020

Monty P. Milbourne
Defendant

STATE OF NEW JERSEY

VS.

Monty P. Milbourne
(DEFENDANT)

SUPERIOR COURT OF NEW JERSEY
CUMBERLAND COUNTY
LAW DIVISION- CRIMINAL

NOTICE OF MOTION
PRO SE

TO: PROSECUTOR
    CUMBERLAND COUNTY
    Abigail Holmes

PLEASE TAKE NOTICE that on the __7th__ day of __February__ __2020__

At __ONE__ o'clock in the __Afternoon__/noon, or as soon thereafter as may be heard,

The undersigned, __Monty Milbourne__ shall move before the Superior Court of New Jersey, Law Division, Criminal Part, Cumberland County Court House, Bridgeton, New Jersey, for:

__Waive my Constitutional Rights of the 6th Amendment To Counsel, To Proceed Pro Se to Defend my Case Under Due Process of Law According The Constitutional 14th Amendment Effectively.__

By: _____
    (Defendant)

Dated: __January 13, 2020__

