Monty P. Milbourne
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302

Case: Civil. No. 20-0012

Clerk, United States District Court
P.O. Box 2797
Camden, N.J. 08101

RECEIVED
MAR 23 2020
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

The Honorable
Judge Noel L. Hillman;

On 1/24/2020 there was a Memorandum Opinion and Order for the The Cumberland County Prosecutors Office to have Charging Documents of 17002534, 18-01-00099, 18-12-01117 with the Court within 21 Days of the Order by your Honorable Judge Hillman. After you Compelled the Prosecutors Office to Bring forth these Documents, the Cumberland County Court Prematurely Brought me to Court Earlier than the Actual Scheduled Court Date 2/12/20, to 2/3/20. At this Court Appearance I was told by the Judge that he (or the Court) was Granting me a Motion of Dismissal of the 18-12-01117 Ind. No. under Case No. 17002534, But then went on to say that there would be a Suppression of Evidence of the Possession of CDS, thats not under Indictment No. or Case No. Instead of Dismissing the Invalid Case No: 17002534 and fraudulent forged Counts on this Case No., The Prosecution Allowed the Judge to Excessively Hold me 49 Days Longer in the County Jail Until the Next Court Date which was 3/23/20, Even though the Honorable Judge Hillman, Already Had Prior 1/24/20 Order Prosecutors Office of Cumberland County to have Charging Documents in 21 Days. Today is 3/17/20. I got a Letter today in at about 4:00 PM from the Superior Court of New Jersey Criminal Division

← otherside

15:15:20 MONDAY MARCH 16 2020

CCM0145          NEW JERSEY PROMIS / GAVEL                03/16/2020
JUHDARB          Modify Scheduled Event                   15:15

Case Number    : 17002534              Def SEQ No    : 001
Defendant Name : Milbourne  Monty  P.  SPN Number    : 009357
Defendant Status : Active/Non-Fugitive  Change Date  : 11 04 2017
Jail Case Ind  : Y  FP Ind : Y   Disordr Ind ;   Warrant Ind : N

Scheduled Date : 05 04 2020   Sched Process : Trial
Scheduled Time : 8 45         Court Room : 324  Jury/Non Jury
Judge : DARRIGOC              Prosecutor : HOLMESA
Defense Atty : WHEELERA       Court Jurdis :
Investigator :                Requestor :

Comments  :


PG902690 Key in Data and Press Enter to Update


→ Note: On 5/4/20, I would have been detained for 2 years 6 months exactly from the time of arrest 11/4/17, on an Invalid Case No: with fraudulent forged charges that was never on Case No: 17002534, Unconstitutionally and civilly violating my rights. Since I've been wrongly held by the State, I've endured being assaulted, sexually harassed, went to emergency room, lawyer told me he was being paid by Judge to help find me guilty, not receive medical assistance by Cumberland County Jail, assaulted by sheriff while handcuffed, shackled on camera, locked in my cell 24 hours a day without being on detention or without a charge, left in my cell for a month and 1/2 in bunk by D.O.C. not being able to walk or stand, neglected maliciously by Medical

THE N.J. STATE ATTORNEY GENERAL KNOWS THAT I'M BEING HELD WITHOUT BEING INDICTED AND HELD WRONGLY ON $1? BAIL

NOTE: The Cumberland Court House, Prosecutors Office, is wrongfully and unconstitutionally still holding me detained. I've filed motions of dismissal of this case No: and have filed motion for a new bail hearing before the court to be released, but not getting any relief from this court (Cumberland County). The state is maliciously and falsely holding me unjust.

→ Cumberland County Court House 60 West Broad Street Bridgeton, NJ 08302, stating, I'm not to appear in court until 5/4/20 All together 91 days from my last court appearance 2/3/20 still holding me maliciously detained on an invalid case No: 17002534 and fraudulent indictment No: 18-N-01117 that never existed. My 14th Amendment Due Process rights is grossly being violated under the federal constitution by the state still. The Cumberland County Jail is grossly neglecting my health and wellbeing concerning my lungs, liver, hip, back, and neck injuries in where I need adequate medical attention before my condition worsen. Inspira Medical Center in Vineland NJ 08360 tests will show what I'm saying is accurate. My personal belongings such as my house, car, and others that belong to me I'm in jeopardy to lose, by still wrongly being held by the state unconstitutionally, and that's also violating my civil rights too. As you've seen from prior correspondance, Judge Hillman, that I've sent you, the Cumberland County Court has also violated my right to even be released on CJRA 2017 Bail Reform. → These charges are not valid, but still they detain me

otherside note: ←
otherside of first page ←

or won't allow me to be released? The Attorney General of N.J., and the Prosecutors Office of Cumberland County already were ordered by you Judge Hillman, to specifically have the charging documents in 21 days, which would have been around 2/15/20 or not counting week days 2/24/20 which is long gone.

otherside copy of the Cumberland Courts correspondance of a new court date. ←

But yet they still, unconstitutionally hold me another 43 days all the way until 5/4/20, without not even allowing me to go home on an invalid case No: 17002534 and fraudulent Ind No. that isn't even of or from this case No. for 2 years and 5 months. Even the Attorney General of N.J. told the Cumberland County Prosecutors Office to handle this matter, But they are still unwilling to do so. Judge Hillman, Thank you once again for listening to my grievance and correspondence in this matter. Please be safe and in good health in the wake of this Coronavirus. Hopefully it will be over soon.
Thank you, Respectfully, Monty P. Milbourne  3/17/20

<u>Note Also</u>: The Possession of CDS, Hindering Apprehension, and Tampering was never under Case No. 1700 2534. Therefore this shows that 18-12-01117 was Fraud and Forged. (The Documents I've sent shows this as well). This also means and shows that By Law the 18-12-01117 Never Existed! For 2 years and 6 months, 2½ years I've Been <u>Unconstitutionally</u> Held Actually for a <u>Third Degree Eluding Accusation</u> Under Case Number 1700 2534 from a <u>November 4, 2017</u> Complaint-Warrant Number "<u>0609 W 2017 000158</u>", Under <u>Indictment Accusation</u> 18-01-00099 that was not <u>Filed</u> or <u>Found</u> or <u>Docket filed</u> in the Cumberland County Superior Court on <u>January 31, 2018</u>. This also means I'm Actually still Being Held by the State for Case No. 1700 2534, But Under Still the First Indictment Accusation, 18-01-00099!, Being 18-12-01117 Never Existed Legally Under Law By <u>Due Process</u> of the <u>14th Amendment</u> and Clearly was Fraud and Forged. The Cumberland County Court By Law Does not even Have Jurisdiction to Hold me Any further. The <u>State Attorney General</u> By Still Allowing the Cumberland County Prosecutor to Still Hold or Detain me in Jail is violating also my Civil Rights. I'm in Bad Health Being Pushed Around in a Wheelchair for all my Court Dates, and in the Jail without Any Medical Assistance, when I should be taken to the Emergency Room. I've Been Criminally violated By Individuals that the FBI and the Governor should Be Notified for what was done to me while wrongly Being Held or Detained By the <u>State</u> and <u>County</u>. I Have Hundreds of Copies in 2½ years sending out Grievances of my Rights Being violated. I've even filed Criminal Complaints.

Monty P. Milbourne
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302

United States District
Court, P.O. Box 2797
Camden, N.J. 08101

RECEIVED
MAR 23 2020
AT 8:30
WILLIAM T. WALSH
CLERK

X-RAYED

SOUTH JERSEY NJ 080
18 MAR 2020 PM 6 L

08101-2797