Monty P. Milbourne,
Petitioner,

v.

Richard Smith,
Respondent

Civil No. 20-0012

FILED
MAR 24
AT 8:30 M
WILLIAM T. WALSH
CLERK

Honorable Judge Hillman:

The Cumberland County Prosecutors Office is not Abiding By Federal Constitutional Law of Due Process, Federal Order, or even also the Office of The Attorney General Department of Law and Public Safety Division of Criminal Justice, Disregarding and Ignoring Federal and State Order.

Carol M. Henderson ← AAG Chief Appellate Bureau

I'm still Detained By County Prosecutor, Abigail Holmes without Having Been Released of All Charged of Fraudulent and Forged Indictment Accusation 18-12-01117 that never existed and is invalid, under case no: 17002534. Actually, I've Been Held for Almost Two and a Half Years since November 4, 2017, By Prosecutor Holmes for an Indictment Acc. 18-01-00099 that was not filed Jan. 31, 2018. A None-Violent Third Degree Charge. I'm Being Held on 18-12-01117, that Does not Exist or is Valid. With no Legal Force. A Fraudulent, Forged Case that I'm falsely Imprisoned for Maliciously. No Dismissal with Prejudice, no Release of Non-Violent Charge on CJRA 2017 Bail Reform, No Bail (Monetary), But Being Held By a County Prosecutor violating Due Process of Constitutional Rights and Civil Rights. The 18-12-01117 was never valid with no Charging Documents of Counts (Fraud).

Otherside ←

Note: I've Been Held By the Cumberland County Prosecutors Office For Almost 2 ½ Years Unjustly on an Invalid Accusation and Fraud. When the Federal Court Got Involved It Really Exposed What they Did. But why would they still Hold me Falsely on "No Charges" Instead of Immediately Releasing me. By Video Court or Mail? No Charges Exist And was Never Under Case No: 17002534. There is no Discovery or Grand Jury Minutes (This was told to me Feb. 3, 2020 In Court) Although I Knew this Because I've Filed "Brady Motions" And Asked for "Brady Motion" on Court Record, And Prosecutor, Court, or Attorney would Not Provide this Under Due Process, showing their Fraud). How is It that this County Prosecutor Abigail Holmes is Still Holding me Against Federal and State Law, And Am not Released with All Charges Dismissed Under this False Fraudulent, Forged, Indictment Acc. 18-12-01117? (That never was Indicted Under Case No: 17002534?) Instead of Dismissing the Charges on Feb. 3, 2020, I was Given A Court Date "49 Days" Later for Dismissal March 23, 2020. Then on March 17, 2020, I Received A Letter Saying Now my Court Date is All the way Until now "May 4, 2020". This Is Cruel and Unusual Punishment And Slavery, Depriving me of my Life and Property and Liberty Under the 14th Amendment Due Process of Law. Punishing me Wickedly and Maliciously, with no Right to Do So By Law.

I've Been Held over A "100 Days" By the Cumberland County Prosecutor, Since Your Order Honorable Judge Hillman to the Cumberland County Prosecutor and N.J. Attorney General, And About 85 Days Since The Attorney Generals Office Notified the County Prosecutors Office. See, Honorable Judge Hillman, when You Put in the Order It Forced the Prosecutor To Call me in to Court Early on Feb. 3, 2020, And the Judge was to Grant Dismissal By Prosecutor 3/23/20. But now Has Reluctantly not Released me. Holding me on 18-12-00117 That never Existed By Law. Still. Thank You Kindly For Reading This Letter. Respectfully, Monty Milbourne #96305

They've Been Known No Charges Exist. 18-12-01117

A.C.L.U.

The Cumberland County Jail is Holding me in a Cell without medical assistance Purposely, Not Able to Come out the Cell, And not Being on a medical Unit. I'm Being Held in Slavery without Charge. There should Be an FBI Investigation for whats Been Done to me Illegally 2 years.

I'm Sick in Bad Health, Barely Able To Walk Because of Neck, Lower Back, Hip, Tailbone and Leg Injuries (Sciatic Nerve). I've Never Been on a Medical Unit, And Have Never Been Treated By Jail. I Need to Go to Emergency Room But the Jail is Covering up their Guilt. I'm Afraid for my Life Being Held By Prosecutor.

I Fear for my Life. I Have Many Witnesses To Show whats Happen To me. 4 Copies


Monty Millbourne #463305
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302
SOUTH JERSEY NJ 080
20 MAR 2020 PM 5 L
Clerk, United States District Court, P.O. Box 2797
Camden, N.J. 08101
RECEIVED
MAR 24 2020
AT 8:30 M
WILLIAM T. WALSH
CLERK
08101-2797