Monty P. Milbourne
Petitioner

Richard Smith
Respondent

Civ. No. RECEIVED

MAR 26 2020
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Judge Noel L. Hillman, U.S.D.J

I am very much aware of the Corona Virus Pandemic thats befell on our Nation, and our state of New Jersey in these past few weeks. With Executive Orders by Governor Philip Murphy to Alleviate further cases to increase the number of People getting infected, People in New Jersey have to refrain from their normal everyday activities. The Governor as well as The Attorney General has ordered Also that County Inmates with Non-violent crimes being detained will be released by motion of the County Prosecutor, Inwhere Some Inmates of the Cumberland County Jail has already been Released even for Possession of a Firearm (gun). As you know Judge Hillman, my situation very well from the many correspondence to you that you've Filed in the Federal Court on my behalf to help me concerning Due Process Violations and Grievances I've endured, and brought to the Courts (Federal) Attention of the detainment of me being held by the Cumberland County Prosecutor Unconstitutionally for almost 2½ years. And being detained by a Case No: 17002534 that's

Invalid and Void, and Being Detained Unconstitutionally For An Indictment No. 18-12-01117 thats Fraud and Forged with Charges that Never Existed Under Case No. or was ever Indicted, Depriving me of my Life and Liberty and Property in Violation of Due Process and the Equal Protection of Law. And Even Being Denied for 2½ years, Release on CJRA 2017 Bail Reform By County Prosecutor and Court, Being Maliciously Deprived Purposely.

Inmates at the Cumberland County Jail Are Being Released By the Cumberland County Prosecutors Office for Non-Violent Crimes when I've Been Held Almost Two And A Half Years on A Non-Violent Third Degree Eluding that never was Filed or Indicted in the Cumberland County Court and that was Forged and Fraudulent with other Charges that Never Existed under Case No. 17002534. I'm Actually Being Held For 18-12-01117 thats Fraudulent and Forged that Has No Legal Force By Law, and the County Prosecutor Still is Not Releasing me, But Releasing Others with Actual Charges. On March 23, 2020, I was to Appear in Court For A Dismissal of Charges, But Instead of Dismissing my Case Feb. 3, 2020, is Still Holding me Until May 4, 2020. I'm Sick, In Need of Medical Assistance At Emergency Room, In Bad Health, Being Held Maliciously in a Cell, without Being on a Medical Unit, and Have my Family that I would Like To See And Be Around in these Trying times of Adversity For them And myself at this time. I Have A Fever Being Held in a Dirty Cell, Being Neglected, and Have Been Neglected For Months of my Health. The County Prosecutor Has No Right to Hold me By Law, Nor the State Under Law.

This is plain to see and is facts. I've been held un-constitutional, and my civil rights have been grossly violated in many ways over the 2½ years I've been detained by the Cumberland County Prosecutors Office and Court. I'm still being held and not released with charges not being dismissed under 18-12-01117, and Case No. 17002534. I'm being held cruelly and being punished unjust violating my due process rights. Held by the County Prosecutor Abigail Holmes in slavery (a form) for non-indicted, not filed, not found, not docketed 18-01-00099 and 18-12-01117, but is releasing inmates that have legit charges and crimes, and who are truly indicted on charges in the CJRA 2017 Bail Reform, that I never was granted by due process of law! I even filed (or put in my own motions and was denied due process.)

Judge Noel Hillman, could you please help me. Actually, you've been helping me all along. It's because of you that the prosecutor and court brought me in court early on Feb. 3, 2020, and mention a dismissal of my case. You filed everything I've ever wrote you, and I thank you kindly. It's because of you the Attorney General's Office was notified. The Cumberland County Prosecutors Office is still reluctant to release me. I'm being still held illegally in jail under this case no. 17002534, and fraudulent, forged Ind. No. 18-12-01117. The prosecutor know this. That's why I was brought in court early when they saw your memorandum, opinion, order. But still haven't released me. Thank you, Judge Hillman, for again listening to my issues and grievances.   Respectfully submitted, Morty P. Milbourne
Cumberland County Jail

Monty P. M. Bowen
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302

#41305

SOUTH JERSEY NJ 080
24 MAR 2020 PM 6 L

Clerk, United States District
Court, P.O. Box 2797
Camden, N.J. 08101

RECEIVED
MAR 26 2020
AT 8:30_____M
WILLIAM T. WALSH
CLERK

08101-279797