Monty P. Milbourne
Petitioner

Civ. 1:20-cv-00012 NLH

Richard Smith
Respondant

RECEIVED
APR - 8 2020
AT 8:30____M
WILLIAM T. WALSH
CLERK

Judge Noel Hillman,

At this time again, Respectfully, Im Corresponding You with another update on the Constitutional and Civil Violations of my Rights of me Being Held 2½ Years Under Case No. 17002534 and Not Filed Fraudulent and Forged Charging Counts on Indictment Nos. and Charges that never Existed, Holding me in False Imprisonment and Malicious Prosecution By Prosecutor of Cumberland County Representing the State, with Collaboration and Help By the Judge Residing, and Public Defenders who Also Violated me in Criminal Misconduct. (I have not spoken at all to the present Attorney About Anything Concerning my Case Since June 28, 2019, no Communication no Correspondence, no Rapport at all, After He told me that He was Being Paid By the Judge and Prosecutor to Only Come to Court on Appearance Only, and make sure Im found Guilty, and After He also threaten my life, told me He Dont Like me, and that He was Going to make sure Im found Guilty with the Judge and Prosecutor." This is Also in Habeas Corpus "Ground Four.") The Prosecutor (Cumberland County) Has Still not Released me from the Indictment Acc. 18-12-01117 or Dismissed this Indictment No. Thats Clearly Holding me Against my Constitutional Rights of Due Process in Fraud and Forgery. There is no Charging Documents or Complaint-Warrant of the False Fraudulent Counts Under Case No. 17002534 and False Indictment No. 18-12-01117. This was verified in Court Feb. 3, 2020, After Your Memo, Opinion, and Order Jan. 24, 2020 to the N.J. Attorney Gen, and the Cumberland County Prosecutors Office Showing their wrong and Error By Law, and Granted me a Motion of Dismissal for March 23, 2020, But also a

Motion to Suppress The Possession Charge that I never Filed For the Fact that the Possession Charge is not Under Case No. 17002534, and never was on Any Indictment No. 18-01-00099 or 18-12-01117, Only By Fraud and Forgery. And I Expressed this in Court. The Prosecutor Did Say that she wanted the 18-12-01117 Dismissed on March 23, 2020. However, Being that there was never a True Bill or Superseding Indictment Under 18-12-01117, The Dismissal in Itself would Go All the way Back to the Case No. 17002534 Nov. 4, 2017, Under Complaint-Warrant 0609 W 2017 000158 Resisting - Eluding which never was never Filed in the Cumberland County Court, Found or Docket Filed under Indictment Accusation 18-01-00099 Jan. 31, 2018. I've Been Imprisoned Falsely and Detained Violating my Constitutional Rights and Civil Rights Under Due Process By the Cumberland County Prosecutor Abigail Holmes and Jennifer Webb-McRae, and the Cumberland County Court in Fraud and Forged Documents in Deceit and Deception against the Law. (Federal and State). I've Been wrongly Detained for 2½ Years (May 4, 2020). The Federal Judge, You Judge Hillman, Have Memorandum and Ordered the Prosecutors Office, that Caused A Motion of Dismissal, But Yet I'm Still Detained, and not Being Released By the Prosecutors Office Still. I'm Having Health Issues. Officers in the Jail Have Been Exposed To the Coronavirus, and I've Had or Have some Symptoms. I've Been Held 2½ Years Unconstitutionally with No Charges Filed.

Judge Hillman, Respectfully, You've Seen Some of the things

FROM OTHERSIDE CONTINUED TOP → NOTE: THE DR. (DR. Diaz) OR WARDEN THE CORRECTIONAL OFFICERS ARE TAKING NO PRECAUTION WHATSOEVER AROUND INMATES BECAUSE THEY ARE NOT WEARING MASKS (CAMERAS WILL SHOW THIS), NOR ARE HIGH RANK OFFICERS OF THE JAIL. THE JAIL IS OLD AND ALREADY CONDEMNED WITH MOLD EVERYWHERE. PARTS OF JAIL HAVE BEEN SHUT DOWN BEFORE BECAUSE OF IT. BUT INMATES NEVER ARE TAKEN OUTSIDE FOR RECREATION TO GET FRESH AIR NEVER.

I'VE WRITTEN TO YOU ABOUT WHAT I'VE ENDURED OR WENT THROUGH SINCE THE FIRST TIME I WRITTEN YOU IN OCTOBER 2019, IN THESE 2½ YEARS ALMOST, FALSELY DETAINED. AND ITS MUCH MORE. I HAVE MANY COPIES OF LETTERS AND DOCUMENTS THAT IN TIME THAT I'VE SENT TO GOVERNMENT OFFICIALS, THE COURTS, LAWYERS, ETHICS COMMITTEE, GOVERNOR, A.C.L.U., JUDGES COMMITTEE, PROSECUTORS OFFICE, FAMILY, AND ETC. ETC.. BUT NOT UNTIL YOU JUDGE HILLMAN, GOT INVOLVED FILING MY PETITION, AND EVERYTHING ELSE YOU'VE FILED FOR ME. THE CUMBERLAND COUNTY PROSECUTOR OR COURT SEEMED TO NOT BUDGE FROM THE FALSE IMPRISONMENT AND DETAINMENT KNOWINGLY HOLDING ME AGAINST DUE PROCESS AND THE FEDERAL CONSTITUTION.

NOTE: I NEVER RECEIVED CORRESPONDENCE FROM THE GOVERNOR 1ST ONLY.

SOON AS YOU SENT THAT ORDER AND HABEAS CORPUS PETITION C.V. 1:20-CV-00012 NLH, TO THE N.J. ATTORNEY GENERAL AND THE CUMBERLAND COUNTY PROSECUTORS OFFICE, THE COUNTY PROSECUTOR AND COUNTY JUDGE YIELDED OR SURRENDERED TO THE POWER OF THE FEDERAL COURT AND LAW, BY ACKNOWLEDGING THAT THE 3 FALSE CHARGES AND FRAUDULENT IND. NO. 18-12-01127 WAS TO BE DISMISSED UNDER CASE NO. 17002534. I'VE BEEN FALSELY IMPRISONED AND DETAINED. IN THIS UNFORTUNATE TIME IN OUR STATE AND NATION OF THE CORONAVIRUS PANDEMIC, THE CUMBERLAND COUNTY PROSECUTOR IS RELEASING MANY INMATES FROM THE COUNTY JAIL WITH GUN CHARGES, BAIL REFORM, AND OTHER CRIMES THAT THEY ARE CHARGED WITH, BUT STILL IS VIOLATING MY RIGHTS HOLDING ME UNCONSTITUTIONALLY ON CHARGES THAT WAS NEVER FILED OR INDICTED, AND THAT WAS FORGED AND FRAUDULENT NOT RELEASING ME. PEOPLE ARE BEING RELEASED BY VIDEO COURT AND I'M STILL DETAINED BY COUNTY PROSECUTOR, AFTER ALMOST 2½ YEARS WRONGLY HELD. →

OTHERSIDE

→ NOTE: IT WAS ALSO told to me By the WARDENS HEAD AT the Cumberland County Jail (Breaking Hipa Law) that DR. DIAZ HAS the Virus Himself or HAS The Symptoms AND/OR may HAVE IT. He's Coughing, SNEEZING, Looks Sickly, AND DEFECATING ON the WALLS AND FLOOR AT the JAIL, AND Still Didn't Go Home. Other officers HAVE ALSO DEFECATED ON themselves.

IF My CASE WAS Going To Be Dismissed MARCH 23, 2020, why would the County PROSECUTOR NOT ACT TO RELEASE ME FIRST, Knowing that I've Been DETAINED UNCONSTITUTIONALLY By the Prosecutors office ON FRAUDULENT AND FORGED Indictment?

OFFICERS ARE SELFISHLY SICK with the CORONAVIRUS Coming to work Regardless of Potentially Giving the Virus to Inmates AND Others that they work with. 3 OFFICERS HAVE Already Test Positive For the Virus AND the OFFICERS that were IN CONTACT with the INFECTED ARE Coughing, SNEEZING, AND Looking VERY Sickly. I Know this BECAUSE Alot of (OFFICERS OR A FEW) HAVE BROKE the "Hipa Law" By Actually Telling me what OFFICERS HAS CORONAVIRUS OR Could HAVE IT. AT LEAST 8 OFFICERS of the Cumberland County Jail HAVE BEEN SENT HOME. (Other OFFICERS HAVE BEEN FIRED AND ESCORTED OFF PREMISES By Telling Others that CERTAIN INDIVIDUALS HAVE CORONAVIRUS OR Could HAVE IT) ONE OF THE OFFICERS who HAS IT, THAT WAS told to me AND HAS NOT BEEN to WORK COUGHED ON my FOOD, AND BROUGHT ME my TRAYS while Sick. THE WARDEN RICHARD Smith is Allowing this to HAPPEN, AND the DOCTOR AND NURSES AT the Cumberland County Jail ARE NEGLECTING INMATES who ARE SICK, NOT Helping them AT ALL. INMATES ARE PALE, Sick, Coughing, CANT BREATH with HEADACHES, SNEEZING. And OFFICERS ARE Bringing the Risk to the INMATES without Being SCREENED EVEN though they show Symptoms

Judge Hillman, Could you NOT Only Help ME IN my SITUATION, But Be Kind enough To Look Into the SITUATION OF Other INMATES HERE who CANT READ OR WRITE To ARTICULATELY SEEK JUSTICE TO Help themselves.

THANK You Kindly. Respectfully, Monty R. Milbourne. Date: 4/5/20

I'm Being Held in A Room on B-Pod #2019, AND NOT Being Allowed out the Room By the Standard of Law, Not Receiving medical Assistance By Dr. Diaz or Director of Nurses Cristina. Dr. Diaz, HAS Neglecting my Health AND Wellbeing as well as many others. I HAVE SENT 105 medical Request to this D...

I Fear For my Life AND Safety Here at this Jail. AND Ask that I Be Rightly Released By County Prosecutor.

Monty P. Millsaps
Cumberland County Jail
54 West Broad St
Bridgeton, NJ 08302

06 APR 2020 PM 5 L

Celebrating the Purple Heart 2014 Forever USA

RECEIVED
APR - 8 2020
AT 8:30 WILLIAM T. WALSH CLERK

Clerk, United States District Court
P.O. Box 2797
Camden, N.J. 08101

RECEIVED
APR - 8 2020
AT 8:30 M WILLIAM T. WALSH CLERK

08101-279797