Monty P. Milbourne
   Petitioner,

v.                          Cv. No. 20-0012 (NLH)

Richard Smith
   Respondent,

April 6, 2020

Honorable Judge Noel L. Hillman
United States District Court
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets Room 1050
Camden, N.J. 08101

RECEIVED
APR 13 2020
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Dear Judge Hillman:

Today, April 6, 2020, I Received Correspondence From Your Honor showing that the Court Ordered the Cumberland County Prosecutors Office to Answer the Petition ECF.1, that was not answered timely from the Original Order on January 24, 2020, By Your Honor, that Ordered the Cumberland County Prosecutors to to File Copies of Charging Documents, 17002539, 18-01-00099, and 18-12-01117 within 21 Days, with the Court. It Seems Also to Petitioner that the Court Has Allowed the Cumberland County Prosecutors Office 21 Days more to File a Motion to Dismiss Petitioners Petition on Jurisdiction, when the Cumberland County Prosecutors Office has never Obeyed Direct Order By the Court to Present the Court with the Charging Documents of the Matters Above in timely Fashion. Petitioner Has in Fact Presented to the Court

To the Most Honorable Judge Noel L. Hillman Charging Documents of Case No. 17002534, Indictment Accusations: 18-01-00099, and Also 18-12-01117, that showed that these Ind. Nos. were not Filed, Found, Docketed, Indicted By Grand Jury, was Superseded Unlawfully with Fraudulent and Forged Counts which was reuse Under Case No. 17002534 Under 18-12-01117, in where the Petitioner is Falsely Imprisoned and Detained For. Petitioner has also Sent Correspondence to the Court and Your Honor Letters, and Motions Sent to the Cumberland County Prosecutors Office, and the Cumberland County Court By Petitioner to Be Released By Motion of Dismissal, CJRA Bail Reform Act, Speedy Trial Act Pursuant N.J.R. 3:25-4, ("Eligible" Defendant) N.J.R. 3:25-3 (Speedy Trial, In Violation of Sixth Amendment), AND § 2A:162-22(a)2(B), Motion For Discovery and Grand Jury Transcripts within the Ruling of the United States Supreme Court of (Brady v. Maryland) of Ind. No. 18-12-01117, And Also Letters to Your Honor, Concerning Health Problems, Criminal Misconduct, Due Process Violations Against Petitioner By Court, Prosecutor, (Cumberland County Court and Prosecutor), In-effective Counsel and Conflict of Interest. By the Cumberland County Prosecutors Office Not Present these Ordered Filing Documents on January 24, 2020, Shows that the Prosecutors Office Do Not Have Charging Documents of 18-12-01117, Do Not Have Discovery or Grand Jury Transcripts of 18-12-01117, Do Not Have Complaint-Warrants Showing the 3 Counts, Possession of CDS, 2C:35-10(c), Hindering, 2C:29-3(y), Tampering, 2C:28-6(a), were Under Case No. 17002534, or Contemporary with Petitioners Arrest November 4, 2017, Under This Case No. 17002534 that Presented Complaint-Warrant No: "0609 W 2017 000158" Third Degree Eluding. This Complaint-Warrant No. was the Only Charge Under Case No. 17002534 to the Petitioner, Monty P. Milbourne on November 4, 2017 "Solely". Furthermore, It shows also that the Cumberland County Prosecutors

← Otherside

Office failed to Indict Case No. 17002534, Under Ind. Accusation: 18-01-00099, January 31, 2018, which clearly by law was NOT FILED, NOT FOUND, or Docket filed electronically in the Cumberland County Court or by the Cumberland County Court for Public Records. If the Cumberland County Prosecutors Office Dare to show the Honorable Judge Hillman, it would show Fraud, Forgery, No Superseding Indictment (18-12-01117 is Non-Existing), Due Process Violations, False Imprisonment and Detainment, Tampering with Public Records, Statute of Limitation Violations, Prosecutorial Error, Malicious Prosecution, and also Double Jeopardy, Invalid and Void Indictment on its face with no Force by Law. Respectfully, Petitioner will ask the U.S. District Court and the Honorable Judge Noel L. Hillman to Consider and Keep Petitioners Petition, and not Dismiss Petition, Finding Petition Valid, Founded Based on Truth and Facts by Law and the Mighty Federal Constitution of the United States. Petitioner, Monty P. Milbourne, Have Been wrongly Detained by the Cumberland County Prosecutor, Violating His Constitutional and Civil Rights Knowingly and purposely to Deprive Petitioner of His Life and Liberty and Equal Protection of Law; And Ask the Court to Release Petitioner From Unlawful Detainment by the Cumberland County Prosecutor, Court, and Warden.

Respectfully Submitted,
Monty P. Milbourne
Petitioner

CC:

<u>Note</u>: On February 3, 2020, After the Honorable Judge Noel L. Hillman Ordered The Cumberland County Prosecutors Office to send Copies to the Court showing Charging Documents of Case No: 17003534, 18-01-00099, And 18-12-01117, the Cumberland County Prosecutor Abigail Holmes Asked in Court on this Said Date that the Ind. Accusation: 18-12-01117 Be Dismissed, inwhere the Trial Judge Granted Petitioners Motion of Dismissal of this Indictment Accusation 18-12-01117 on Court Record Approved For March 23, 2020. This Showed Error of the Prosecutor And Cumberland County Court For Holding the Petitioner, who is Also the Defendant of Case No: 17003534, 18-12-01117 Unconstitutionally Violating His Due Process Rights. Its Clear To see that the Order on January 24, 2020, By the Honorable Judge Noel L. Hillman to the Cumberland County Prosecutors Office Ordering Charging Documents, And Showing Writ of Habeas Corpus USC § 2241 (Civ. No. 20-0012 (NLH) Exposed Prosecutor Abigail Holmes And the Cumberland County Court For their Error, Wrongly Detaining Petitioner Unconstitutionally. However, The Prosecutor of Cumberland County Has Not Released me Yet Maliciously And Ask The Federal Court And the Honorable Judge Hillman To Intervene in this Matter that Petitioner Be Released.

Respectfully, Monty P. Milbourne
Petitioner

Monty Doubh NW #116305
Cumberland County Jail
54 West Broad St,
Bridgeton, N.J. 08302

RECEIVED
APR 13 2020
AT 8:30
WILLIAM T. WALSH
CLERK

SOUTH JERSEY ND 080
08 APR 2020 PM 7 L

Clerk, United States District Court
P.O. Box 2797
Camden, N.J. 08101

08101-279797