Monty P. Milbourne
   Petitioner,

v.                                    Civ. No. 20-0012 (NLH)

Richard Smith
   Respondent,

April 13, 2020

RECEIVED
APR 17 2020
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Honorable Judge Noel L. Hillman
United States District Court
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets Room 1050
Camden, N.J. 08101

Dear Judge Hillman:

Today, April 13, 2020, I was called to go to Video Court for the Cumberland County Superior Court. My Scheduling Date was for May 4, 2020, for a Motion of Dismissal of my Case: 1700534 18-12-01117, But again, Being that there was an Order again by Your Honor on April 1, 2020 for Respondent to Answer Petition, I was brought in early again. Being that I'm badly Injured and also now am sick with Respiratory Problems, with Spots on my Liver and Lungs, I thought that at this Video Court Appearance I would have my case dismissed rightfully by Law, and I would be able to go to the Hospital Immediately to get Adequate medical attention for my Ailing Health. As I was wheelchaired to Video Court with my Mask on (for Coronavirus), Appearing on Screen was Judge Cristen D'Arrigo, Assistant Prosecutor Abigail Holmes, and Al Wheeler in three different areas or locations.

*[Left margin annotations:] Constitutional Law: Bill of Rights: Fundamental Rights: Criminal Process; Civil Rights, Cruel and Unusual Punishment*

The Assistant Prosecutor Abigail Holmes introduces herself and then Al Wheeler. The Judge went on to say that I'm on the trial list still for all charges and counts of Case No.# 1700534, Ind. No. 18-12-01117. The Judge said He realizes I've been locked up for almost "900 Days", and wants me to make a "Solution" to the "Problem" by talking to the Lawyer and Prosecutor or I will not be coming back to court for a long time. The Lawyer spoke before I got a chance to, saying, "I decline to or want to go through with this. This man has been detained for almost 900 days, and should be released today to go home. I'm asking for his release today Judge." The Judge said, "No, I'm not releasing him today. This is not a court appearance for release, but to find a "Solution" to the "Problem." The Lawyer said, again, "I decline". Then I said, "I'm detained and not indicted. The Lawyer said, "If Judge, you are not gonna dismiss his charges today, release him today. He will soon have "900 Days" in Jail without being released on Bail Reform." The Lawyer said also, "Judge, you have released Maximum Security Inmates at the Jail who had violent crimes in the last few weeks. This man has been detained for "900 Days" almost, with a non-violent crime under CJRA Bail Reform 2017 and has never been released. Release him today that he will be able to fight his case at home and have an opportunity to see his family." Then the Judge got mad saying, "I told you, No, before he came. I'm not releasing him today." The Lawyer said, "Well I decline about a "Solution", He should be released today, and I'm asking for his release from Jail today." I said, "I'm wrongly detained and am not indicted and have been detained for almost 2½ years. A motion of dismissal was granted for my release on February 3, 2020 in open court for March 25, 2020, but I'm still being held maliciously."

PLEASE NOTE: The Petitioner on May 4, 2020, if still detained unconstitutionally by the Cumberland County Prosecutors Office and Court will have been falsely imprisoned 2½ years violating Petitioner's Due Process Rights on a Case No. 17002534, Ind. No. 18-12-01117. Clearly that's cruel and unusual punishment for 900 days electronically or for public record. Justices Reform Act of "2017" solely. I'm still being held with no medication and held against law. I'm sick. I'm not under the Criminal Reform Act of "2017," solely I'm sick. Judge Arrigo and County Prosecutor and I do not have rights? That I've been held by a claim like 2017 Bail Reform?

The Lawyer said, "People are sick, or could get sick with the Coronavirus. He has his mask on as well as other inmates," "He should be released." Then all of a sudden the Judge said out loud, "I'm not doing this with you," "I told you I'm not releasing him." Then they both were arguing very heated. In all the time of the Video Conference, Assistant Prosecutor Abigail Holmes said, nothing! Judge D'Arrigo is and always was the Prosecutor of this fraudulent case. Holmes, on Feb. 3, 2020, said she wanted 18-12-01117, Case No. 17002534 dismissed, but today April 13, 2020, the Judge would not. And she never spoke to release me today. My Federal Constitutional Rights, and Civil Rights have been grossly and maliciously violated seemingly purposely. The Cumberland County Prosecutors Office and Cumberland Court, and County Jail are still holding me knowing I never was indicted or released on 2017 Bail Reform. I'm sick, with Flu or Coronavirus signs, I'm in excruciating pain using a wheelchair to go to court and in building. I'm purposely not getting any medical assistance or help for my health. A man just died in prison with complications of the virus, not getting any medical attention. Inmates are sick here at the Cumberland Jail and medicals not helping us. I'm being held, detained, falsely imprisoned for Case No. 17002534 Ind. No. 18-12-01117. My Rights have been violated, and I'm getting no medical attention. I'm afraid for my life, my safety, and wellbeing. I'm being held prisoner on fraudulent forged charges by County and State against law. I'm getting no relief. I feel my life's in danger, and with no rights. Judge Hillman, please help me in this matter to be released. #46305

Respectfully Monty P. Milbourne

c/c

Cumberland County Jail B-Pod Room #2019

Tony P. Mitjwene
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302

Clerk, United States District Court
P.O. Box 2797
Camden, N.J. 08101

RECEIVED
APR 16 2020
AT 8:30_____M
WILLIAM T. WALSH
CLERK