Monty P. Milbourne
Petitioner,

Civ. No. 20-0012 (NLH)

Richard Smith
Respondant,

April 13, 2020

RECEIVED

APR 17 2020

AT 8:30 M
WILLIAM T. WALSH
CLERK

Honorable Judge Noel L. Hillman.
United States District Court
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets Room 1050
Camden, N.J. 08101

Dear Judge Hillman:

After Going to Court (Video Court) Today, Still not Being Released By Prosecutor Abigail Holmes and the Court, when Knowingly they've Held me on Fraudulent and Forged Case No. 17002534, Ind. No. 18-12-01117, and Under the CJRA 2017 Bail Reform, Speedy Trial Act way Past Statute of Limitations Almost 900 Days, I Feel that I Have to Also Contact the FBI, The Governor Again, and the A.C.L.U, Because my Case No. 17002534 Third Degree Eluding is Bigger than Just that. From this Specific Non-Violent Charge thats Detained me Unconstitutionally For Almost 900 Days or 2½ Years, came, Sexual Harassment, misconduct, Bribery, Fraud, Forgery, Perjury, threats, (on my life), Aggravated Assault, Assault, and even a County Judge Paying a Lawyer to not Defend me (and Prosecutor) and To Sabotage Deliberately my Case so that I would Have no Defense and Be Found Guilty on Fraud and Forged

Unfiled, Not Docketed, Invalid Case No. and Indictment No. This was told to me Personally and Boldly By Attorney working out of Public Defenders Office in Bridgeton, N.J. Al Wheeler, for Charles P. Sandilos on June 28, 2019. He even told me that Sandilos" The Head Public Defender in Bridgeton told Him to Please take the "Milbourne" Case for me, Its a Complicated case The Judge and Prosecutor will Pay You Good, Just to Appear in Court with "Milbourne" and Nothing more". Judge Hillman, I Have many Copies from what was said to me By Wheeler on June 28, 2019, and that I've Sent out to Various Government officials Already and Attorney Ethics. And would take a Lie Detector Test About this. This Judge D'Arrigo, Has Also Had a Conflicting Interest in my Case not Only Because He Has money ties in my Case with Prosecutor and Lawyer, But Also my Prior Lawyer who in the Beginning of the Case No. 17002534 Third Degree Eluding in Feb. 2018 told me that He Can and will Get my Charge thrown out when we Appear in Court Because the Prosecutor messed up, I'm not Indicted, and He will Have charge Dismissed. (But for a Price. I was Bribed and Sexually Harassed). But I Refused, and He Instead Misrepresented me, Collaborated with Prosecutor and Judge To Convict me wrongly Knowing I wasn't Indicted.

I Have many Copies that not Only Did I Send to The Ethics Committee (Attorney Ethics), Joseph Krakora (Head Public Defender in Trenton), Charles P. Sandilos (Head Public Defender in Bridgeton), But I Also Sent to the Cumberland County Prosecutors Office, and Assignment Judge of Cumberland County, Benjamin C. Telsey, and Judge D'Arrigo. However, Benjamin C. Telsey and D'Arrigo Still Took no Action and Still Allowed me to Be Represented By Lawyer, and Attorney of Ethics wrote Back Saying that, there would Be no

NOTE: Apparently, There's A Conflict Of Interest By the Cumberland Prosecutor, Judge, And Lawyer To Unconstitutionally Still Hold me Detained Knowing I'm not Indicted Under Case No. 17002534 18-12-01117. Why would this Judge and Prosecutor Pay a Lawyer to not Defend me at All. (This is the Truth that was Told to me By Lawyer on June 28, 2019) I ask the Federal Court for a Recusal of the Cumberland County Judge, Prosecutor, And a Change of Venue So I can fairly Be Released By Law.

I filed for Recusal of Judge and Lawyer and New Venue But was Denied.

Docket File on this Complaint, Until the Case is over. But I should File Criminal Charges on Lawyer, if there was Criminal misconduct. (This was Signed By Christopher C. Fallon, III Secretary, District I Ethics Committee February 6, 2019).

Judge D'Arrigo, Has a Strong Interest in my Case Being Partial, Prejudice, Bias, Showing Impropriety, Acting as a Prosecutor and Lawyer in this Fraudulent Case, Because of All He, and Assistant Prosecutor Allowed to Be Done to me Against the Law of the Constitution, and State. And Criminally Against me, and Civil.

For 900 Days Almost Also Being Unconstitutionally Held, I've Been Literally Held in a Cell By the Cumberland County Warden Richard Smith, without Being Able to Come out. I've Been Left in that Cell in a Bunk without Being Able to Get out of Bed with no medical Assistance, Being they are in Conspiracy with D.O.C and Prosecutors Office in Cumberland County. I've Been Handcuffed, Picked up Upside Down and Dropped on my Head, Sprayed in the face with mace while on my Back not Being Able to walk for 25 Hours. Put in my Cell while Handcuffed. I'm Sick, Injured, Receiving no medical Assistance, In Pain, Coughing, Hard to Breath. And It's so much more. (Was also thrown to Floor while Double Handcuffed and Shackled, that Caused Hip, Neck, and Back Injuries).

I'm an "Eligible" Defendant to Be Released Under the New Law, CJRA 2017 Bail Reform, Speedy Trial Act. This Law Also Sets Deadlines for the timely filing of an Indictment and the Disposition of Criminal Charges for Incarcerated Detained Defendants. When The Joint Committee on Criminal Justice, The Supreme Court Established By Chief Justice Stuart Rabner, with State Attorney General, Public Defender, Judges, County Prosecutors, Defense Counsel, Representatives of Legislator and the A.C.L.U Approving

Continued... Otherside Please ↑

NOTE: Rightfully By law, I wanted the County Prosecutor and Court to Release me. By Law I Should Have Been Released 2 years ago. If they would have Released me By law, I wouldn't have said Anything, I just would have went Home To family and Got medical Assistance For my Health.

By Voters November 2014 of Constitutional Change that Became Effective on Jan. 1, 2017, If (The CJRA, Speedy Trial Act) was not meant to Hold a Defendant Unfairly and Unconstitutionally against His Rights of Due Process for Almost 2½ years without Being Indicted or Released on CJRA 2017 Bail Reform!! This is Fact and Law. Not Only Have I Been Held Imprisoned Falsely By Malicious Prosecution, I've not Been Released on CJRA Bail Reform, Speedy Trial Act, 2017. This is not Only violating my Constitutional Rights, But my Civil Rights Also. And I'm Being Maliciously Intentionally and Purposely Held By A County Prosecutor, Judge, In Conspiracy with lawyers to Hide their Criminal Input in what they've Done To Hold me Unjust against Law, And the State Attorney General Knows this, and I'm Still Detained? I Know there's A Constitution, I Know I Have Rights Under the Federal Constitution and State Law. I Know I'm Being Held Unconstitutionally and my Civil Rights in many ways in Almost 2½ years Has Been Grossly violated. Something Isn't Right Here, when Surely there is no Charging Documents, of Case No. 17002534 and Ind. No. 18-12-01117. It Clearly Shows Fraud, Forgery, Not Indicted, Not Docketed, Invalid, But the Cumberland County Prosecutor and Court Still Holds Me as a Hostage, A Slave, with Cruel and Unusual Punishment without Cause. Case No. 17002534 is Invalid Ind. No. 18-12-01117 Doesn't Exist. 3 Charges was fraudulently forged on Case No. 17002534., The Statute of Limitations, of Case No. is Invalid, void, and up. This is why, I now Have To Contact the FBI, US Supreme Court, US. Attorney General, N.J. Governor, A.C.L.U, N.A.A.C.P, Social media, and even write the News Stations, Because I Have To Let It Be Known why I've Been Held this long and why I'm still Being Held. At this Point I Really Do Fear For my Safety, and Wellbeing. For A Third Degree Eluding # 17002534 that never was Indicted and that was Fraud and Forged. Will see if A.C.L.U will Take my Case., and Ask Honorable Judge Hillman, Could You Have me Released. Thank You.

c/c

Respectfully, Monty P. Milbowne #46305
Cumberland County Jail

Monty P. Milbourne
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302

15 APR 2020 PM 5 L

FOREVER USA

Clerk, United States District Court
P.O. Box 2797
Camden, N.J. 08101

RECEIVED

APR 17 2020

AT 8:30 M
WILLIAM T WALSH

08101-279797