RECEIVED
APR 20 2020
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Monty P. Milbourne
Petitioner,

Richard Smith
Respondent

Civ. No. 20-0012 (NLH)

April 15, 2020

Honorable Judge Noel C. Hillman:

Being that the Cumberland County Warden is allowing officers who tested positive for Coronavirus come back to work, coughing, gawking, sneezing without wearing masks on their face, and other officers who was quarantine sent home by Warden whos back doing the same, and who has also let inmates who just came into the jail cough, sneeze, gawk, and spit around me in the air with no regards or care for my health or wellbeing while I'm already sick, showing signs of this virus not being able to breath with pain in my chest, headaches, diarrhea, with no help from medical doctor, Dr. Diaz, who was told to me also is sick and might have the virus (Corona) by his coughing and defecating all over the walls, floor, and himself, I'm receiving no medication, no doctor visit, no adequate medical assistance to order my asthma pump, nebulizer treatments, order another scan for spots on my lungs and liver (that was told to me November 14, 2019, by "Doctor Abunker" Inspira Hospital Vineland N.J. 08360) or to see an Orthopedist Doctor for an opinion to see if there is more structural damage to my hip, lower back, and neck, that I could decide if I need surgery or an epidural shot, and MRI from the excruciating pain agonizing pain I'm in not being able to walk barely, sit down, or sleep (I feel my life is in danger, my health is at risk maliciously, and being I've been held for "890 days", on purpose and maliciously and unlawfully by the Cumberland County Prosecutor and Judge in conspiracy with my defense attorney to falsely imprison me

NOTE: HOW BY LAW UNDER THE CRIMINAL JUSTICE REFORM ACT, SPEEDY TRIAL LAW FOR ME AS AN ELIGIBLE DEFENDANT, N.J.S. 2A:25-3, 2A:25-5, AND 2A:162-21.1(A)(3), AM I STILL DETAINED WITH 890 DAYS!, WITHOUT BEING RELEASED? THERE'S NO JUSTIFICATION BY LAW. ALMOST 2 YEARS?

AND DETAIN ME ON AN INDICTMENT NO. 18-12-01117 WITH FRAUDULENT FORGED CHARGES NOT TO RELEASE ME FROM CUSTODY, I MUST COME FORWARD AND DIRECTLY EXPLAIN WHY. SO MY FAMILY AND GOVERNMENT OFFICIALS KNOW IN CASE SOMETHING HAPPEN TO ME. THE CUMBERLAND COUNTY TRIAL JUDGE AND CUMBERLAND COUNTY PROSECUTOR HAS MONEY INVOLVED IN MY CASE, WHERE MY PRESENT ATTORNEY IS PAID, AND PAID BY THEM TO NOT DEFEND ME AT ALL, BUT TO ONLY SHOW UP ON COURT APPEARANCES, AND MAKE SURE I'M FOUND GUILTY BY ANY MEANS. HOW DO I KNOW THIS? ON JUNE 28, 2020, I WAS BOLDLY TOLD THIS BY MY PRESENT ATTORNEY! HE EVEN WENT ON TO SAY, NOT ONLY IS HE BEING PAID BY THEM TO MAKE SURE I LOSE TRIAL OR TAKE A PLEA, HE WAS TOLD PERSONALLY BY THE TRIAL JUDGE AND ASSISTANT PROSECUTOR, NOT TO SHOW ME ANY DISCOVERY, GRAND JURY TRANSCRIPTS MINUTES, OR ANY PAPERS OR DOCUMENTS OR VIDEOS CONCERNING MY CASE AT ALL! HE (THE ATTORNEY) TOLD ME DIRECTLY, "I DIDN'T WANT TO TAKE THIS CASE, BUT THE PUBLIC DEFENDERS OFFICE, DEPUTY CHARLES P. SANDILOS BEGGED HIM LITERALLY TO TAKE MY CASE, AND THAT THE JUDGE AND PROSECUTOR WILL PAY YOU GOOD," "THE MILBOURNE CASE IS VERY COMPLICATED". HE TOLD ME ALSO ON THIS DATE OF JUNE 28, 2019, THAT HE DIDN'T LIKE ME, AND TOLD ME STRAIGHT FORWARD, FRANK, AND DIRECT, CUSSING AT ME AND HOLLERING BELLIGERENTLY, SAYING, "YOU ARE GUILTY! F---Y--, F---Y--, I'M NOT DOING SH-- FOR YOU, I'M BEING PAID TO HELP THE JUDGE AND PROSECUTOR FIND YOU GUILTY (THIS IS AFTER I ASKED HIM TO FILE MOTION FOR ME BECAUSE 18-12-01117 WAS FALSE AND FRAUD, FORGED UNDER CASE NO. 17002534, AND 18-01-00099 WAS NEVER FILED OR DOCKETED OR INDICTED JAN. 31, 2018). HE ON THIS DATE ALSO THREATEN MY LIFE! I HAVE NEVER SPOKE TO THIS LAWYER SINCE JUNE 28, 2019 ABOUT MY CASE OR ANYTHING SINCE. I HAVE COPIES FROM LETTERS I'VE SENT TO MANY GOVERNMENT OFFICIALS, AND THE COURTS ABOUT THIS INCIDENT WITH THIS ATTORNEY JUNE 28, 2019. I'VE EVEN WRITTEN ASSIGNMENT JUDGE BENJAMIN C. TELSEY ABOUT THIS OF CUMBERLAND COUNTY AT LEAST 15 TIMES, AND THE CUMBERLAND COUNTY CRIMINAL DIV. ASKING ALSO FOR "RECUSAL OF COUNSEL," FOR CONFLICT OF INTEREST

*[Left margin, rotated:]* MY FAMILY HAVE CALLED AND / NOTE: OFFICERS AT THE CUMBERLAND COUNTY JAIL ARE PUTTING EVERY INMATES LIFE COME TO THIS JAIL CONCERNING IN JEOPARDY, COMING IN(S), EXPOSING, AND GUIDING USERS, WITHOUT A MASK OR GLOVES APPLYED RULES. MY HEALTH, AND THE WARDEN AND THE OFFICERS ARE AT WORK SICK. INMATES IN THIS SMALL SPACE IS HIS SUPERVISORS SAID I'M THIS JAIL WITH SICK OFFICERS. I AM WRITING ABOUT MY HEALTH AND OTHER INMATES AFRAID AT AN INCIDENT, OTHER INMATES NEED TO BE RELEASED, MY LATEST FIGHTS, HARD TO BREATH, NEED HOSPITAL JUST LIED TO ALSO.

And "Ineffective Counsel", and this Incident, and "Recusal of Trial Judge", and Assistant Prosecutor because of this and "Change of Venue for a Fair Trial" (I have copies of all these letters sent on various dates and times)(But was never Acknowledged by Judge Telsey, The Court, or Criminal Div.) → If the transcripts of at least 15 of my Court Appearances in #324 at the Cumberland County Courthouse in front of Trial Judge, Assistant Prosecutor, and Attorney on Record will show that I Directly told the Judge that on June 28, 2019 my Defense Attorney said all of this to me (On Record of Court.) This is Fact! Why do you think I'm still held Unconstitutionally, Unjust, Malicious, Against Law and Due Process on a Case No. that Never was Indicted, Filed, Docketed, that's Invalid, Void, Fraud, Forged with no Legal Force By Law?, By Prosecutor, Judge, and Lawyer? Even with the Federal Habeas Corpus By Federal Judge and Federal Orders, and the Supreme Court, and by State Attorney Generals Orders, The County Prosecutor and Judge are struggling to Release me. (Even not Allowing me to be Released on CJRA 2017 Bail Reform!) This should be "Investigated By The F.B.I." (Its more Criminal Misconduct The Judge and Prosecutor knew about and was in with Prior Attorney Before this, In Conflict of Interest of my Case) I'm Detained not Only By Due Process Rights and Civil Rights Being Violated, But By Also Criminal Activity By Court Officials. I'm Being Deprived of my Life and Liberty and have Health Issues, Asking For Release Rightfully By Law.

Respectfully, Monty P. Milbourne #46305
Cumberland County Jail

c/c: Copies

Note: I've contacted also the A.C.L.U. to get Assistance in this matter. I'm wrongfully Detained falsely for almost 2 years and now that I've went through all I've went through from VIRUS COVID-19, exposed to my family and public know the Truth I feel I want to be exposed to.

Marty P. Townsend
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302

Clerk, United States District Court
P.O. Box 2797
Camden, N.J. 08101

RECEIVED
APR 20 2020
AT 8:30 ___M
WILLIAM T. WALSH
CLERK