#1

Monty P. Milbourne,
  Petitioner

Civ. No. 20-00012 (NLH)

Richard Smith,
  Respondent

April 21, 2020

RECEIVED

APR 28 2020

WILLIAM T. WALSH CLERK

Honorable Judge Noel L. Hillman:

Heres a letter I wrote the Office of the Public Defenders Office, Deputy Public Defender, Charles P. Sandilos, on October 29, 2019. This is one of the Multiple Letters I've written to Different Government Officials, Public Defenders, Prosecutor, and Courts since "2018". I'm Sending you this Letter to Verify in Fact I've Spoken to Others in Letters in Accordance to what I corresponded to the U.S. District Court April 15, 2020, About Criminal Activity Being the Reason I'm Still Detained, and Not By Law. The Prosecutor, Judge, and Defense Attorney Tried to Cover their Mistakes From the Beginning with my First Attorney, To try To Manipulate or Deceive me to take a Plea For An Invalid, Not Filed, or No Docket Indictment Accusation. What they Forgot was, My First Attorney Had Already told me Personally that the Indictment Accusation was messed up and Not Filed, and that He could and would Get the Case

#2

Dismissed, But for a Price. Bribing me, trying to force me to do something thats Illegal to do in a Client/Attorney Relationship, and not of my Character. Once I refused, He went on with the Prosecutor and Judge, To try and force me to take a Plea in a Case that was Already Void. But I never Took a Plea. I Actually went to Law Library and Relentlessly studied Case Law, My Case, State Cases Federal Cases, Rules of the Court, N.J. Constitution, Federal Constitution, Practice and Procedures, and the N.J. CJRA Bail Reform, Speeding Trial Act 2017, and Every Aspect of the Federal Constitution and Due Process. Instead of Taking a Plea on a Case I knew I was not Indicted on, I, with Persistance, fought my Case and, Exploited every violation of my Due Process Rights every Court Appearance on Record and By letters and Motions. Record, on Court Transcripts show How on April 30, 2018 and May 21, 2018, I Exploited Prosecutor Abigail Holmes, Feared, when I Caught Her Lying in Perjury on Court Records, Say First, I was Indicted on Both Possession and Eluding on Being on Ind. No. 18-01-00099, Then on Court Transcript Record she, when I Questioned Her Again May 21, 2018, she Surrendered Say, "NO, Mr. Milbourne you are not Indicted with Possession". But I also saw, I'm not Indicted on Neither, then the Judge Stepped in

Saying, thats enough. Court Dates were unreasonably postponed, no Grand Jury Transcripts, no Discovery! they thought By Doing this that I would take a Plea But I was Resilent, Perservered and fought my Case By Law. Everytime the Prosecutor, Judge and Defense Attorney in Conspiracy violated my Due Process rights I Exploited it. they tried everything to get me take a Plea, But it Didnt work. Statute of Limitations and Due Process was in my favor, and Always was in the Beginning Bc 18-01-00099 was never filed. What Clearly Hit their Fraud Hard was when Around July 2018, I told my Attorney that I was going to Tell what He Did, and this is why I'm still Detained. And Eventually I Did. But at First the Judge and Prosecutor Still Kept Him on Case, Until they Could no Longer. Judge Hillman, what really Exploited the Fraud was what I just mentioned, But By Being Desperate they Truly Destroyed themselves Annihilating any Chance to Falsely make me take a Plea, when they Fraudulently Forged 4 Counts to Case No. 17002534 as Ind. No. 18-12-01117 that was the worst thing they could have ever Did. Because Soon as they Did it, By Law I attacked it! You Cant Supersede Something (Charge) that never was Indicted, and you Cant in Fraud and Forgery make 4 Counts thats Not on Case No. and Ind. No. 18-12-01117 that don't Exist!

#4

THE Judge, Prosecutor, And Attorney Did Everything they Could, But Couldn't Prevail. They thought By Postponing Court Dates, making me Sit, that I might still Take A Plea. But that Enhanced and Fueled me to Persistently Relentlessly show that my Rights were Violating By Federal and State Law, and that Also I was Being Held Because of first Attorneys Criminal Misconduct, and Present Attorneys Misconduct. Being Paid By Judge and Prosecutor to Help Find me Guilty. Once, I Contacted the Federal Court Judge Noel Hillman, It showed their Fraud. And the Dynamics of the Case By Scale went in my Favor, showing By Law I'm Right making the Prosecutor Say, that she want to Dismiss Ind. Acc. The Fraud and forged 18-12-01117 on Feb. 3, 2020. The Judge Granted the Motion for March 23, 2020, which was to long, then to May 4, 2020. But on April 13, 2020, At Video Court, I still wasn't Released from an 18-12-01117 that I'm Being Held for that Don't Exist! I'm Also Being Held on CJRA. Bail Reform 2017, that Now Has Been 899 Days! This is Against Federal and State Law! The Petitioner Monty P. Milbourne, Asks THE Court By Law to Release him From Being Detained Any Further. Thank You Kindly.
Respectfully Submitted,
c/c   Monty P. Milbourne

(left margin, vertical) By Law I Ask Respectfully!!! that the Federal Court Release Petitioner or Compell the County Prosecutor By Law Release. Again, Thank you Honorable Judge Hillman, Grant Petitioner Release to House.

STATE OF NEW JERSEY                                October 29, 2019

V.

Monty P. Milbourne

RECEIVED
APR 28 2020
AT 8:30
WILLIAM T. WALSH, CLERK

Re: Indictment Nos.,
18-01-00049 I/A, 18-12-01117-I

To Whom It May Concern: Charles P. Sandilos, Deputy Public Defender

After Corresponding with your Office 8 times About Ineffective Assistance of Counsel, Conflict of Interest, And Criminal Conduct And Misrepresentation by Attorneys You, Mr. Sandilos, Appointed, Dinaz Aktar, Albert W. Allison, And Al Wheeler; You've Disregarded the Defendants Facts of Ineffective Assistance of Counsel, Conflict of Interest, Criminal Conduct, And Misrepresentation of these Attorneys who has Together in 2 Years Filed Not One Motion in My Defense! (Court Transcripts that I have show this) Knowing Criminally what Albert W. Allison Did to Me And Knowing what You Told Al Wheeler About the "Milbourne" case thats "Complicated" And that "You" wanted Him to take the case because Judge Himself (which is the Court) will Pay Him Good Just to Appear in Court, And to make sure I sign Trial Papers to Go to Trial to Be Convicted Puts You in Conspiracy with Jennifer Webb-McRae, Judge Cristen P. D'Arrigo, Albert Allison, Al Wheeler, Rosemarie Gallagher, Donald Van Dunk, Abigail Holmes, Lisa Peterson, Benjamin C. Telsey, Court Stenographer, And Even the Sheriffs of Cumberland County who I Expressed Criminal

misconduct too about Albert W. Allison the first time about July and August of 2018. It's shows Conspiracy to Attempt to Hide the Fact that I was Never Indicted by the Grand Jury and that 18-01-00099 F/A was Not Filed or Found in the Superior Court of Cumberland County on Jan. 31, 2018, and I have been Held Maliciously as a Slave violating Due Process of Constitution, violating my Civil Rights, with Legal Malpractice, and To Hide or Attempt to Hide what Albert Allison Did Criminally to Have my Defective Indictment, void and Invalid Indictment Dropped. Albert Allison told me from the very Beginning that the Indictment Accusation was Defective not Filed! But when I Released Him He venomously worked with Prosecution and D'Arrigo, As Al Wheeler is now Being Personally Paid By the Judge who has a Conflicting Interest in my Case. Al Wheeler Angry, Expressed All of this to me which was very Stupid to Envolve the Judge in Paying Him Money and Prosecution. He Also Told me that the Judge and Prosecutor, Both, with His Help will Find me Guilty Because I Am Guilty, And that the Judge or Prosecutor Don't Want Him to Give me my Discovery/Original Police Reports, Grand Jury Transcript Minutes, Proceedings, Vote, or Videos. He Also Expressed threatening my Life, And Continued to Talk About Albert Allison in a Conflict of Interest, and Have Cussed at me. This is a Defense Lawyer Acting Like this Against His Client! And Another Defense Lawyer thats Ineffective out of Your Office Not Filing Any motions And who's Doing what Judge Cristen D'Arrigo tells Him to Do Because He's Paying Al Wheeler Like Wheeler Boldly Said.

But As I Clearly told You in Previous Letters that I was

Petitioning to the US District Court, The FBI, The Governor, The Department of Justice, The A.C.L.U, and I Just Contact the News About Allison and what He's Done Criminally, The Courts, The Prosecutor and Your Offices involvement in Conspiracy. Jennifer Webb-McCrae and Judge D'Arrigo was already under heavy Investigation already, and now from my Case they are being watched and everybody I named thats in conspiracy with whats Happen to me. After my paperwork was filed by the Federal Court, They Also told me to Hire a Lawyer to File a Civil

Laura Doble and Rebecca Rapp will also be named in the Conspiracy, which are Clerks D'Arrigo's →

Lawsuit Against Albert Allisons Law Firm, AL Wheelers, The Deputy Public Defender Office, The Court, and Criminal Division (Court) and The Office of The Prosecutor. (I will Also name Joseph Krakora Office Because I Have Copies Showing I wrote Him) Everything that Albert Allison did will Be Known to All in Public what He Did in Secret.

The Public Defenders Office is Suppose to Defend Clients with Effective Counsel with Fairness and Dignity to Present a Meaningful Defense Under the 6th Amendment and Due Process, and to Fight for the Defendants Cause By RPC Rules. Not Put Defendant in Criminal Harms way, threaten Defendant, work with Prosecutors and Judge By Being Paid Money to Not File Motions in His Defense, To Conflict in Interest, Prejudice Defendant, Keep Evidence of the Defense So that Defendant can't Scope, And Prosecuting Evidence, Changing Discovery/Police Reports, Not Giving Grand Jury Transcripts. Theres Justification For this. I Have the Right Under the Constitution to Be Defended By Counsel and myself. You and the Courts are Being Watched Under Investigation. Question will Be Asked. All my Copies and Open Court Transcripts is my witness against You.

P.C. is Im willing take a lie detector test ←↑

By: Monty P. Milbourne

Monty P. Hillhouse #96305  
Cumberland County Jail  
54 West Broad St.  
Bridgeton, NJ 08305  

Clerk, U.S. District Court  
P.O. Box 2797  
Camden, N.J. 08101  

