Monty P. Milbourne
Petitioner

v.                           Civ. No. 20-00012(NLH)

Richard Smith
Respondent

April 26, 2020

RECEIVED APR 29 2020 WILLIAM T. WALSH

Dear Honorable Judge Hillman:

The 4 counts under the Bogus Ind. Number 18-12-01117 is and was Fraud or trickery by the Cumberland County Prosecutors Office. Meant to deceive the Defendant unlawfully and unfairly to gain an advantage forging signatures to counts that never existed under Case No: 17002534 and counts that never existed to a Ind. No: that never existed. This is facts. Which was also vindictive against defendant, being spiteful, and maliciously with intent to commit an unlawful act against Defendant without just cause or reason. Clearly, its plain to see that this fraudulent and forged Ind. No. 18-12-01112 is the reason the Defendant is being detained, falsely imprisoned violating not only the defendants Constitutional Rights of Due Process, but has grossly violated the Defendants Civil Rights also. The Defendant

is on a trial list on an fraudulent and forged Ind. NO. 18-12-01117 that can't be tried in the Court of Law Accordance To Due Process. The Defendant never had seen trial papers before, acknowledged trial papers, read trial papers, was asked any questions about trial papers by attorney at anytime, being I have never spoke to my attorney since June 28, 2019 when He told me that He was personally being paid by the Trial Judge and Prosecutor to Help them find me guilty, and other things He said that was unlawful and unconstitutional. But yet I'm on a Trial list because the Judge and Prosecutor has money involved to find any way to convict me on a fraudulent and forged Ind. NO. That never existed. Desperate, the Judge, would not Recuse Himself, or Recuse the Attorney from the Interest of Money He have in my Case. (On December 11, 2019, another attorney clearly told the Judge in open court "How is MR. Milbourne still Detained or on trial for Ind. NO. And Counts Under 18-12-01117? These charges should be Dismissed and MR. Milbourne should be Released". Finally, on February 3, 2020 this was acknowledged when the Defendant Appeared in Court, and the Prosecutor Abigail Holmes asked that Ind. NO. 18-12-01117 Be Dismissed, and the

Judge Granted the Defendants Dismissal Motion for March 23, 2020, then was postponed to May 4, 2020, But went to Video Court April 13, 2020, To not Being Released, And Judge and Attorney were Arguing. The Fact Also is Regardless, Also, Not Only is the Ind. No. False, Fraud, Forged, And Invalid or Void, And that the Statute of Limitations is Over For this Case No. 17002534, CJRA 2017, Speedy Trial Reform Act, As "Eligible" Defendant Pursuant N.J.R. 3:25-4, 3:25-3 And § 2A:162-22 1(A) 2(B), And § 2A:162-22 or N.J.S.A § 2A:162-22(B) (2)(A) Speaks By Law and Due Process that Charges Must Be Dismissed And Defendant must Be Released. There is No Justification or Explanation For the Defendant to Be Detained or Imprisoned By Law. The County Knows this, The State Knows this. My, or Defendants, Civil Rights is Violated. My, or the Defendants Civil Rights Have Been Violated In So Many Ways Since He's Been Wrongly Detained or Imprisoned, And Has Also Been Medically Neglected of Health And Well Being. The Defendant is Being Held For 18-12-01117. He Defendant is Being Held Under CJRA 2017 Bail Reform. This is False Imprisonment By A County Judge And Prosecutor Unlawfully And Unjustly, Because their Money is Involved.

NOTE: OFFICER WOODS 2ND SHIFT OFFICER
B. FED UP OFFICER SAYING I HAVE CORONA
VIRUS, COUGHED IN MY FOOD. WROTE REMEDI
SHE DID THIS TWICE.

IT SHOWS. THE CASE FROM THE BEGINNING,
UNTIL NOW SHOWS SOMETHING ISN'T RIGHT
THAT'S WHY I'VE CONTACTED THE A.C.L.U
FOR ASSISTANCE AND FOR POTENTIAL CIVIL AND
CRIMINAL COMPLAINTS, THE FBI ALSO, BECAUSE
FOR SURE MY ATTORNEY TOLD ME THIS ON JUNE 28,
2019, AND OTHER CRIMINAL THINGS, AND THE PRIOR
ATTORNEY BEFORE, WHAT HE DID CRIMINALLY TO ME
TO HAVE MY CASE DISMISSED, THAT IF HE HAD
JUST WENT BY LAW, I WOULD HAVE BEEN RELEASED
2 YEARS 3 MONTHS AGO. THE JUDGE AND PROSECUTOR
PAYING AN ATTORNEY MONEY TO HELP FIND HIM
GUILTY ON AN INVALID INDICTMENT IS UNETHICAL
AND CRIMINAL. THE FBI AND GOVERNOR, AND THE
MEDIA SHOULD KNOW THIS. IF THE DEFENDANT
HAS TO, I WOULD TAKE A LIE DETECTOR TEST. THIS
IS CRUEL AND UNUSUAL PUNISHMENT UNDER THE
8TH AMENDMENT TO HOLD THE DEFENDANT ON AN
IND. NO. 18-12-01117. ITS EVEN SLAVERY IN A
FORM. I'VE LOST PROPERTY, MY LIFE, LIBERTY, I'M SICK
HAVE BEEN BEATEN BY OFFICERS, ASSAULTED, INJURED,
MEDICALLY NEGLECTED, ABUSED, CIVIL RIGHTS VIOLATED,
OFFICER SUPPOSEDLY WHO HAD OR HAVE CORONAVIRUS
COUGH OVER MY FOOD (I WROTE THAT TO A.C.L.U) ETC. ETC
HONORABLE JUDGE HILLMAN, IT'S MUCH MORE. ASKING
AGAIN, YOUR HONOR, RESPECTFULLY, THAT I MAY BE RE-
LEASED FROM 18-12-01117 RIGHTFULLY BY LAW. THANK YOU.

[left margin, vertical:] THERE IS AN CONFLICT OF INTEREST CONCERNING THIS JUDGE. PROSE WITH CHANGE OF VENUE NEEDS TO BE
AND ATTORNEY IN THIS CASE INVOLVING MONEY. THIS IS WHY I'M BEGGING
NOT ONLY TO ASK FOR DISMISSAL RELEASE AND FOR DAMAGES, I ASK FOR THE JUDGE PROSECUTOR ATTORNEY RECUSAL

[bottom left margin:] IT WAS GRANTED DISMISSAL OF CASE. STILL BEING HELD UNJUSTLY.

Mont P Williams 96305
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302

Clerk U.S. District
P.O. Box 2797
Camden, N.J. 08101

RECEIVED
APR 29 2020
AT 8:30
WILLIAM T. WALSH
CLERK

08101-279797