Monty P. Milbourne
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302

Civ. No. 20-0012 (NLH)
Re-Open Case

Clerk, U.S. District Court
2797, P.O. Box
Camden, N.J. 08101

RECEIVED
JUN 12 2020
AT 8:30 ____ M
WILLIAM T. WALSH
CLERK

The Honorable Noel L. Hillman:

On May 30, 2020, Petitioner, Monty P. Milbourne of Civ. No. 20-0012 (NLH) Received Correspondance from U.S. District Court and The Honorable Judge Hillman, Saying that the Petitioners Writ of Habeas Corpus Under 28 U.S.C. § 2241 Has Been Dismissed without Prejudice For Failure to Exhaust State Court Remedies, And that there will Be No Appealing this Order or Issue, Under 28 U.S.C. § 2253. This Correspondance and Order Also Stated that the Court Saw No "Extraodinary Circumstances Justifying the Intrusion into State Criminal Proceedings Prior to the Exhaustion of State Court Remedies". On January 24, 2020, the Court Ordered the Office of the Cumberland County Prosecutors Office to show Charging Documents to Precisely Show that Defendant and the Petitioner Monty P. Milbourne, was without A Doubt (Awfully) Indicted By A Grand Jury that was "So Called" Superseded with 4 Counts Added to Case Number 17003534 Under

[margin note left, top: "Cumberland County Jail" / "The Grand Jury" / "2014 to Being Indicted By"]

[margin note left, middle: "NOTE: There are 13 of these Cumberland County Jail Inmates who are filing a 28 U.S.C. 2241 for not Being Indicted Also in US District Court"]

...D.O.C, Officers, Warden, Public Defenders Office, COVID-19, and Criminal Complaints, Ind. Accusation 18-12-01117 that there was Clearly No Complaint-Warrant, Probable Cause or Preliminary Report for in Contemporary with the Defendant Monty P. Milbourne's Arrest on November 4, 2017 in the City of His Arrest Stated in Police Reports, But the Prosecutors Office "Did Not" show this in the 21 Days that was Given to them to show these Charging Documents. (NOTE: This would Also Include From the 18-12-01117 December 19, 2018, Indictment Accusation, The State Witnesses Before the Grand Jury in Testimony Under Oath, The Grand Jury Transcripts of this Proceeding Session, Prosecutors Questions To State Witnesses, Exculpatory Evidence of Defense that would Negate Guilt, Foreperson Vote, and Full Discovery Pursuant the Supreme Courts Ruling in "Brady v. Maryland" For this Ind. Accusation "18-12-01117" on the said Date December 19, 2018.). The U.S. District Court was Notified By Petitioner that the Cumberland County Prosecutors Office "Did Not" in a Timely Fashion By the Order Comply, and Asked the Court to Release me the Defendant. However, the Court Instead Extended time To the Cumberland County Prosecutors Office to Answer Order in Memo on April 1, 2020, and Also Giving The Prosecutors Office Opportunity to File An Motion to Dismiss Defendants Petition on Jurisdictions Grounds Only, and that the Petitioner Shall Have 14 Days to File An Opposition in which Petitioner may Argue Bases for Jurisdiction and Exibits. Being That Petitioner Has Filed An Writ of Habeas Corpus 28 U.S.C 2241 as a "Pre Trial Detainee" Whose Not Been Convicted of Any Crime to Exhaust State Remedies Because of An Conviction, But Has Indeed Exhausted Many County Superior Court Remedies, Motions, Notices Letters of Violations of Due Process Rights, Ineffective Assistance of

NOTE: Petitioner Did Not Receive Notice 14 Days After Prosecutors Motion Dismissal of Petition April 28, 2020 To Oppose until on May 30, 2020 Not the Later

NOTE: Relator,[?] has been in direct contact with [?] who Tested positive for Coronavirus. I've been affected and need testing Counsel, Impropriety, Partial, Bias, Conflicting Interest, Acting on Bench as Prosecutor and Attorney making Determinations and Decisions as Prosecutor and Attorney, and Demanding them to File Motions that He choose them to, And NOT Defendants Choosing By Law, Have Exhausted 4 motions for Judge D'Arrigo's Recusal, and Change of Venue for a Fair Trial to Benjamin C. Telsey, Assignment Judge of Cumberland County, 3 Notice Letters, and 4 Demand Letters that the Defendant Has Multiple Copies Of. And Also Remedies and Concerns of The Cumberland County Prosecutor Abigail Holmes, Jennifer Webb-McRae, And Trial Judge Cristen P. D'Arrigo Involvement in Criminal Activity To Pay Attorney Al Wheeler "Money" to NOT Defend Defendant, File Appropriate Motions that the Defendant "Himself" Wants Filed, Give Defendant Discovery or Grand Jury Transcripts for the Fraudulent and Forged Ind. Accusation "18-12-01117", and To Find By Any Means the Defendant Guilty By All Cost to Do So, Being that Al Wheeler Boldly told me this on June 28, 2019. Al Wheeler, Also threatened my life, And told me that I was Guilty, And that He was Going to Help the Prosecutor and Judge find me Guilty Because this is what they Paid Him to Do. (This is By Far Indeed

FBI Investigation { "Extraordinary Circumstances") Also wrote Remedies About Vindictive Malicious Prosecution, False Imprisonment, Due Process Violations, Discovery, Grand Jury Transcripts (18-12-01117), Unreasonable Delay, Recusal of Counsel, Towhere I Have All Copies of these Remedies and Motions, And Letters Exhausted to the Court, and the Dates, Times and when they were sent through Postal Service. I Have Also Copies To Attorney Ethics, Joseph Krakora, U.S. District Court, Deputy Public Defender, Charles P. Sandilos, N.J. Attorney General, U.S. Court, ACLU, and Governor Philip Murphy in Remedy of my Constitutional Rights and Civil Rights Being Violated, and the Criminal Complaints and Also the Neglection of my Health and Life

NOTE: Also Petitioned to Supreme Court to Judge Rabner, FBI, and Washington D.C.

Note: Petitioner Charges Fraudulent Indictment, False Accusation, and Fraudulent and Forged. Writ 2241 is Petition, not 2254. Court Has Jurisdiction.

Due to Health Issues and Covid-19, the Cumberland County Prosecutor Office Has in no way by fact show the Federal Court that Discovery or Grand Jury Transcripts Exist for Ind. Accusation 18-12-01117 that's Holding Defendant Unconstitutionally and Unjustly Detained By Law. The Prosecutors Office Has Not Shown Federal Court By Concrete Evidence of Law that the 4 Charges or Counts Exist under Case number 17002534, 18-12-01117, or that there was a Superseded Indictment Legit By Fact of Law, or show Complaint-Warrants of these 4 Counts in contemporary of Defendant Arrest. Petitioner opposes Prosecutors Filing a Dismissal of Petition Due to Jurisdiction, Because the Court Have or Has every Right to Hold Jurisdiction of this 2241 Writ Due to Extraordinary Circumstances, and that Petitioner need not File State Remedies in a 28 U.S.C. 2241 as a Pre-Trial Detainee who Has Proven Also Facts of a Violation of Due Process.

The U.S. District Court Also on April 1, 2020, Ordered that the Prosecutors Office File Motion Only For Jurisdiction, But the Prosecutors Attorney Andre R. Araujo, Stated Incorrect Statements Concerning Defendant Being not Released From Custody Under N.J. Criminal Justice Reform Act, By Acknowledging wrong Statute N.J.S.A. 2A:162-15 to 26, Instead of what Defendant and Petitioner Stated, N.J.R. 3:25-4, 3:25-3, and §2A:162-22 1(A), 2(B). Prosecutors Office Has Stated falsely to the Court and Not show factual facts that the Petitioner is Indeed Indicted Under 18-12-01117, Because the Number is and Documents Fraud and Forged Appearing as if, But Isn't, and the Petitioner Asks for Court to Re-open Case for the Above Reason and Thorough Investigation

c/c 46305

June 2, 2020                    Respectfully Submitted, Monty P. Milbourne

[Left margin: These Motions used to be Heard in front of Judge Zigler & Malestina, not Diaraujo / Petitioner Released on Bail Reform, and Not Being on Bail Reform, But the Judge D'Arrigo on Indictment being filed, or Petitioner Has Filed Bail Reform / Motions For a Detention Hearing to be filed for Covid-19, asking for testing and Social Distancing, and being released by Law Again. D'Arrigo has denied Motions and Intervened.]

Matt Milbourne #476302
Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302

Clerk U.S. District Court
P.O. Box 2797
Camden, N.J. 08101

RECEIVED
JUN 12 2020
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

08101-279797

09 JUN 2020 PM 6 L
SOUTH JERSEY NJ 080