```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
_____
                                   :
MONTY P. MILBOURNE,                :
                                   :
          Petitioner,              :    Civ. No. 20-0012 (NLH)
                                   :
     v.                            :    ORDER
                                   :
                                   :
RICHARD SMITH,                     :
                                   :
          Respondent.              :
_____:
```

For the reasons expressed in the accompanying Opinion,

IT IS on this  10th  day of September, 2020,

ORDERED that the Clerk shall reopen this case for the purposes of entering this order; and it is further

ORDERED that the motion for reconsideration, ECF No. 37, be, and the same hereby is, denied; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular U.S. mail and mark this case closed.

At Camden, New Jersey                      s/ Noel L. Hillman
                                         NOEL L. HILLMAN, U.S.D.J.